# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF | **IN BANKRUPTCY NO.** |
| Condor Insurance Limited (In Official Liquidation) | 07-51045 ERG<br>Chapter 11 |
| Richard Fogerty and William Tacon In Their<br>Capacity as the Joint Official Liquidators of<br>Condor Insurance Limited<br>vs | **IN ADVERSARY NO.**<br><br>07-05049 ERG |
| Condor Guaranty, Inc; Petroquest Resources,<br>Inc.; Ross N. Fuller; Byron Tyghe Williams;<br>Gymnogyps Management, Inc; Harvey Milam;<br>Finpac Holdings, Inc.; Intercontinental<br>Development & Investment Corporation; T. Alan<br>Owen | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 2 3 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

## CLERK'S CERTIFICATE

In connection with Notice of Appeal filed on July 25, 2008 by Nicholas Van Wiser, Esq., on behalf of Richard Fogerty and William Tacon, Joint Liquidators , I, Lori Lowery, Deputy Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, Gulfport Divisional office, do hereby certify that the docket entries and papers enumerated below comprise the record on appeal in the above matter.

### RECORD ON APPEAL:

Certified copy of Adversary Docket No. 07-05049 ERG

Notice of Appeal [Dkt 163]

Opinion entered on July 17, 2008 [Dkt 157];

Order entered on July 17, 2008 [Dkt 158];

Order Addressing Additional Motions to Dismiss and Pleadings entered on July 24, 2008 [Dkt #161];

Final Judgment Dismissing Adversary Proceeding entered on July 24, 2008 [Dkt #162];

Transcript of June 18, 2008 hearing [Dkt No.168].

### Appellant's Designated Items:

Appellants' Statement of Issues to be Decided on Appeal and Designation of Items to be Included in the Record on Appeal [Dkt 164]

Original Complaint [Dkt 1];

Amended Complaint [Dkt 115];

Condor Guaranty, Inc.'s Motion to: (1) Dismiss; (2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling [Dkt 25];

Response to Condor Guaranty, Inc.'s Motion to: (1) Dismiss; (2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling [Dkt 48];

Condor Guaranty, Inc.'s Brief in Support of Motion to Dismiss Document #25 [Dkt 113]

Brief in Support of The Foreign Representatives' Response Dkt #48 to Condor Guaranty, Inc.'s Motion to Dismiss Dkt #25 [Dkt 114]

Affidavit of William Hare In Support Of Brief In Support Of The Foreign Representatives' Exhibit B to Document #114 (Response To Condor Guaranty, Inc.'s Motion To Dismiss)   [Dkt #114];

Condor Guaranty, Inc.'s Reply Brief in Support of Motion to Dismiss [Dkt 118]

Surreply Brief in Support of The Foreign Representatives' Response to Condor Guaranty, Inc.'s Motion to Dismiss [Dkt 120]

Second Affidavit of William Hare in Support Surreply Brief In Support Of The Foreign Representatives' Response To Condor Guaranty, Inc.'s Motion To Dismiss [Exhibit A to Docket #120]

All authorities cited in the William Hare Affidavit in Support Surreply Brief In Support Of The Foreign Representatives' Response To Condor Guaranty, Inc.'s Motion To Dismiss [Exhibit to Docket #120];

Condor Guaranty, Inc.'s Motion to Dismiss Amended Complaint [Dkt 137]

Response to Condor Guaranty, Inc.'s Motion to Dismiss Amended Complaint [Dkt. 138]

**Appellee's Designated Items:**

Notice of Issued Subpoena [Dkt 9]

Notice of Issued Subpoena [Dkt 10]

Notice of Issued Subpoena [Dkt 11]

Notice of Issued Subpoena [Dkt 12]

Notice of Issued Subpoena [Dkt 13]

Notice of Issued Subpoena [Dkt 14]

Notice of Issued Subpoena [Dkt 15]

Notice of Discovery Issued [Dkt 16]

Subpoena in an Adversary Proceeding [Dkt 17]

Subpoena in an Adversary Proceeding [Dkt 18]

Subpoena in an Adversary Proceeding [Dkt 19]

Subpoena in an Adversary Proceeding [Dkt 20]

Subpoena in an Adversary Proceeding [Dkt 21]

Subpoena in an Adversary Proceeding [Dkt 42]

Subpoena in an Adversary Proceeding [Dkt 43]

Subpoena in an Adversary Proceeding [Dkt 44]

Subpoena in an Adversary Proceeding [Dkt 45]

Subpoena in an Adversary Proceeding [Dkt 46]

Subpoena in an Adversary Proceeding [Dkt 47]

Notice of Issued Subpoenas [Dkt 59]

Certificate of Service [Dkt 61]

Subpoena in an Adversary Proceeding [Dkt 67]

Subpoena in an Adversary Proceeding [Dkt 68]

Subpoena in an Adversary Proceeding [Dkt 69]

Subpoena in an Adversary Proceeding [Dkt 70]

Agreed Scheduling Order Regarding Condor Guaranty, Inc's Motion to (1) Dismiss; (2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance [Dkt 101]

Unpublished and Foreign Authorities Referenced in Brief in Support of Motion to Dismiss [Dkt 113]

Answer to Complaint by Ross Fuller Individually and as Secretary - Treasurer of Finpac Holdings Inc [Dkt 139]

Harvey Milam's Motion to Dismiss Complaint [Dkt 142]

Gymnogyps Management, Inc.'s Motion to Dismiss [Dkt 143]

Order Holding Certain Motion to Dismiss Amended Complaint in Abeyance [Dkt 154]

**Documents in Main Bankruptcy Case:**

Chapter 15 Petition for Recognition [Dkt 1]

Verified Petition for Recognition of Foreign Main Proceeding [Dkt 2]

Order Granting Motion for Preliminary Injunction [Dkt 28]

Order Granting Recognition of Foreign Main Proceeding and Related Relief [Dkt 35]

Notice of Amended Order in the Foreign Main Proceeding [Dkt 150]

Respectfully submitted this the 23rd day of September, 2008.

DANNY L. MILLER, CLERK

By: _____
Lori Lowery, Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| Condor Insurance Limited (In Official | ) | Case No. 07-51045-ERG-15 |
| Liquidation) | ) | |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |
| Richard Fogerty and William Tacon in their | ) | |
| Capacity as the Joint Official Liquidators of | ) | |
| Condor Insurance Limited, | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | Adversary No. 07-5049 |
| | ) | |
| Condor Guaranty, Inc. | ) | |
| Petroquest Resources, Inc., Harvey Milam, | ) | |
| Byron Tyghe Williams, Ross N. Fuller, | ) | |
| T. Alan Owen, Intercontinental | ) | |
| Development and Investment Corporation, | ) | |
| Gymnogyps Management, Inc., and | ) | |
| Finpac Holdings, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 2 3 2008
J.T. NOBLIN, CLERK
BY_____DEPUTY

### NOTICE OF APPEAL

Richard Fogerty and Williams Tacon, in their Capacity as the Joint Official
Liquidators of Condor Insurance Limited, file this appeal under 28 U.S.C. § 158(a)(1)
from the following orders entered by the Bankruptcy Court in this adversary proceeding:
(1) the Order entered on July 17, 2008 granting Condor Guaranty, Inc.'s motions to
dismiss this adversary proceeding [Dkt #158]; (2) the Order Addressing Additional

163

Motions to Dismiss and Pleadings entered on July 24, 2008 [Dkt #161]; and (3) the Final

Judgment Dismissing Adversary Proceeding entered on July 24, 2008 [Dkt #162].

      The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| **Condor Guaranty, Inc** | Represented by | **Jeffrey Ryan Barber**<br>Watkins, Ludlam, Winter &<br>Stennis, P.A.<br>P.O. Box 427<br>Jackson, MS 39205-0427<br>Telephone: 601 949-4765<br>Fax : 601-949-4804<br>Email:<br>jbarber@watkinsludlam.com |
| **Gymnogyps Management, Inc.** | Represented by | **Jeffrey Ryan Barber**<br>(See above for address) |
| **Harvey Milam** | Represented by | **Jeffrey Ryan Barber**<br>(See above for address) |

**Ross N. Fuller**
c/o Stockton Fuller & Company,
Inc.
3200 West End Ave., Suite 500
Nashville, TN 37203
**Pro Se**

The following persons or entities
below are pro se and are defendants
in the action that either did not
respond to the Appellants'
complaint or had their responses
stricken by the Bankruptcy Court:

**Petroquest Resources, Inc.**
One Arlington Center
1112 East Copeland Road
Suite 420

Arlington, TX 76011
-and-
c/o Laughlin Associates, Inc.
2533 North Carson St.
Carson City, NV 89706


**Byron Tyghe Williams**
7345 Salida Road
Mentor on the Lake, OH 44060
-and-
P.O. Box 88
Mentor, OH  44060


**Finpac Holdings, Inc.**
c/o C. Thomas Burton, Jr.
50 W. Liberty Street, Suite 700
Reno, NV 89501
-and-
Attn: Kevin Jackson
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016


**Intercontinental Development
and Investment Corporation**
One Arlington Center
1112 East Copeland Road
Suite 420
Arlington, TX 76011
-and-
c/o Laughlin Associates, Inc.
2533 North Carson St.
Carson City, NV 89706


**T. Alan Owen**
One Arlington Center
1112 East Copeland Road
Suite 420
Arlington, TX 76011

Dated: July 25, 2008

Respectfully submitted,

**BYRD & WISER**

s/ Nicholas Van Wiser
State Bar No. 7339
145 Main Street
Biloxi, MS  39530-4333
Telephone:  (228) 432-8123
Facsimile:  (228) 432-7029

**and**

**BAKER & McKENZIE LLP**

David W. Parham
State Bar No. 15459500
Laurie D. Babich
State Bar No. 00796150
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas  75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the United States Trustee and the counsel and pro se parties listed above by depositing the same in the United States Mail, first-class postage prepaid and properly addressed on this 25th day of July, 2008.

/s/ Nicholas Van Wiser
Nicholas Van Wiser

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:

      CONDOR INSURANCE LIMITED
      (IN OFFICIAL LIQUIDATION),                  CASE NO. 07-51045-ERG

DEBTOR IN A FOREIGN PROCEEDING             CHAPTER 15

RICHARD FOGERTY AND WILLIAM TACON IN THEIR
CAPACITY AS THE JOINT OFFICIAL LIQUIDATORS OF
CONDOR INSURANCE LIMITED,

      PLAINTIFFS.

V.                                      ADV. PROC. NO. 07-5049

CONDOR GUARANTY, INC., ET AL.

      DEFENDANTS.

**FINAL JUDGMENT DISMISSING ADVERSARY PROCEEDING**

      There came on for the Court's consideration the above-styled Adversary Proceeding. The Court, being fully advised in the premises, finds that this Adversary Proceeding (including the Original Complaint [Adv. Docket No. 1] and the Amended Complaint [Adv. Docket No. 115]) should be dismissed as to all defendants for the reasons set forth in the Court's Opinion [Adv. Docket No. 157], Order [Adv. Docket No. 158] and Order Addressing Additional Motions to Dismiss and Pleadings entered contemporaneously herewith, all of which are incorporated herein by reference.

2621853.1/16962.28643

162

IT IS, THEREFORE, ORDERED that final judgment be and hereby is entered dismissing this Adversary Proceeding (including the Complaint and Amended Complaint) as to all defendants.

SO ORDERED AND ADJUDGED

Edward R. Gaines

Edward R Gaines
United States Bankruptcy Judge
Dated: July 24, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:

    CONDOR INSURANCE LIMITED
    (IN OFFICIAL LIQUIDATION),               CASE NO. 07-51045-ERG

DEBTOR IN A FOREIGN PROCEEDING             CHAPTER 15


RICHARD FOGERTY AND WILLIAM TACON IN THEIR
CAPACITY AS THE JOINT OFFICIAL LIQUIDATORS OF
CONDOR INSURANCE LIMITED,

        PLAINTIFFS.

V.                                           ADV. PROC. NO. 07-5049

CONDOR GUARANTY, INC., ET AL.

        DEFENDANTS.


## ORDER ADDRESSING ADDITIONAL MOTIONS TO DISMISS AND PLEADINGS

      There came on for the Court's consideration the following matters in the above-styled

Adversary Proceeding: Condor Guaranty, Inc.'s Motion to Dismiss Amended Complaint [Adv.

Docket No. 137] and the Response [Adv. Docket No. 138] thereto filed by Richard Fogerty and

William Tacon in their capacity as the Joint Official Liquidators of Condor Insurance Limited

(collectively, "Liquidators"); Harvey Milam's Motion to Dismiss Amended Complaint [Adv.

Docket No. 142]; Gymnogyps Management, Inc.'s Motion to Dismiss Amended Complaint

[Adv. Docket No. 143] (the foregoing motions are referred to collectively as "Motions to

Dismiss Amended Complaint"); and the Answer to Complaint By Ross Fuller, Individually

161

("Answer") [Adv. Docket No. 139]. The Court, being fully advised in the premises, finds as follows:

1.      On July 17, 2008, the Court entered its Opinion [Adv. Docket No. 157]. In the Opinion, the Court determined it had no subject matter jurisdiction over this Adversary Proceeding and entered its Order [Adv. Docket No. 158] by which it granted the Motion to Dismiss [Adv. Docket No. 25] filed by Condor Guaranty, Inc. and dismissed the Original Complaint [Adv. Docket No. 1].

2.      The Liquidators stipulated in their briefs and in oral argument that the Court's ruling on the Motion to Dismiss [Adv. Docket No. 25] and the Original Complaint [Adv. Docket No. 1] would apply to the Amended Complaint [Adv. Docket No. 115] and the Motions to Dismiss Amended Complaint.

3.      As a result of the Court's ruling and the stipulation described above, this entire Adversary Proceeding (including the Complaint and the Amended Complaint) should be dismissed as to all defendants.

IT IS, THEREFORE, ORDERED that this Adversary Proceeding (including the Complaint and Amended Complaint) is hereby dismissed as to all defendants. A final judgment will be entered consistent with this Order Addressing Additional Motions to Dismiss and Pleadings.

SO ORDERED

Edward R. Gaines
Edward R Gaines
United States Bankruptcy Judge
Dated: July 24, 2008

SUBMITTED BY:

Jeffrey R. Barber
Bar No. 1982
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4765
Telecopy  (601) 949-4804
Email  jbarber@watkinsludlam.com


APPROVED AS TO FORM ONLY:

Laurie Dahl Babich
Bar No. 00796150
BAKER & MCKENZIE LLP
2001 Ross Avenue
Suite 2300
Dallas, TX  75201
Telephone (214) 978-3013
Telecopy (214) 978-3099
Email laurie.babich@bakernet.com


_____
Nicholas Van Wiser
Bar No. 7339
BYRD & WISER
Post Office Box 1939
Biloxi, Mississippi  39533
Telephone (228) 432-8123
Telecopy (228) 432-7029


2621856.1/16962.28643

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**CONDOR INSURANCE LIMITED**                          **CASE NO. 07-51045 ERG**
**(IN OFFICIAL LIQUIDATION)**
    **Debtor in a Foreign Proceeding**                  **CHAPTER 15**

**RICHARD FOGERTY AND WILLIAM**
**TACON IN THEIR CAPACITY AS THE**
**JOINT OFFICIAL LIQUIDATORS OF**
**CONDOR INSURANCE LIMITED**
    **Plaintiffs**

**v.**                                                   **ADV. PROC. NO. 07-05049 ERG**

**CONDOR GUARANTY, INC. AND**
**PETROQUEST RESOURCES, INC.**
    **Defndants**

## ORDER

Before the court is the Motion to Dismiss[1](Dkt. # 25) filed by Condor Guaranty, Inc.,

("CGI"), and the opposition thereto filed by Richard Fogerty and William Tacon as the joint

official liquidators of the Debtor, Condor Insurance Limited.  Pursuant to the opinion rendered

on this date, the Motion to Dismiss is granted.

    **SO ORDERED AND ADJUDGED.**

*Edward R. Gaines*
Edward R Gaines
United States Bankruptcy Judge
Dated: July 17, 2008

---

[1] The motion filed by CGI is a Motion to: (1) Dismiss; (2) Set Aside Discovery Order;
and (3) Hold Discovery Order in Abeyance Pending Ruling.  Footnote #2 of CGI's initial Brief in
Support of Motion to Dismiss (Dkt. #113) indicates that the discovery issues have been resolved
by Order (Adv. Dkt. # 100 / Bankr. Dkt. #134).

158

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CONDOR INSURANCE LIMITED                    CASE NO. 07-51045 ERG
(IN OFFICIAL LIQUIDATION)
    Debtor in a Foreign Proceeding            CHAPTER 15

RICHARD FOGERTY AND WILLIAM
TACON IN THEIR CAPACITY AS THE
JOINT OFFICIAL LIQUIDATORS OF
CONDOR INSURANCE LIMITED
    Plaintiffs
v.                                          ADV. PROC. NO. 07-05049 ERG

CONDOR GUARANTY, INC. AND
PETROQUEST RESOURCES, INC.
    Defndants

## OPINION

The matter before the court is the Motion to Dismiss[1](Dkt. # 25) filed by Condor

Guaranty, Inc., ("CGI"), and the opposition thereto filed by Richard Fogerty and William Tacon

as the joint official liquidators of the Debtor, Condor Insurance Limited.  Having considered the

pleadings and memoranda filed on behalf of the parties, and having heard the arguments of

counsel on the matter, the court concludes that the Motion to Dismiss should be granted.

## I.  FACTUAL BACKGROUND

On July 26, 2007, a Chapter 15 Petition for Recognition of a Foreign Main

Proceeding was filed by Condor Insurance Limited (In Official Liquidation) in the United States

Bankruptcy Court for the Southern District of Mississippi, Southern Division, seeking

---

[1] The motion filed by CGI is a Motion to: (1) Dismiss; (2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling.  Footnote #2 of CGI's initial Brief in Support of Motion to Dismiss (Dkt. #113) indicates that the discovery issues have been resolved by Order (Adv. Dkt. # 100 / Bankr. Dkt. #134).

157

recognition of an insolvency proceeding pending before the Eastern Caribbean Supreme Court in

the High Court of Justice of St. Christopher and Nevis, Nevis Circuit.  This court entered its

order granting recognition of the foreign main proceeding pursuant to 11 U.S.C. § 1517 and

related relief on August 21, 2007.

On November 20, 2007, Richard Fogerty and William Tacon as the duly appointed Joint

Official Liquidators of Condor Insurance Limited filed their Complaint against Condor Guaranty,

Inc. and Petroquest Resources, Inc.[2]  Relief sought includes: Count One - Knowing Receipt of

Property Transferred in Violation of Fiduciary Duty Under Nevis Law; Count Two - Dishonest

Assistance in Transferring Property in Violation of Fiduciary Duty Under Nevis Law; Count

Three - Fraudulent Conveyance Under the Statute of Elizabeth 1571; Count Four - Void

Dispositions Under Nevis Law; Count Five - Request for Mandatory Preliminary Inunction

Pending Trial on the Merits; and Count Six - Request for Attorneys Fees, Costs and Prejudgment

Interest.

Condor Guaranty, Inc. ("CGI"), filed its Motion to: (1) Dismiss; (2) Set Aside Discovery

Order; and (3) Hold Discovery Order in Abeyance Pending Ruling, requesting that the court

dismiss the Adversary Proceeding.  The grounds upon which dismissal are requested include lack

of subject matter jurisdiction, and failure to state a claim upon which relief may be granted.[3]

---

[2] An Amended Complaint was filed April 21, 2008 that included additional defendants.

[3] In its Brief in Support of Motion to Dismiss [Adv. Docket No. 25] (Dkt. # 113), Condor Guaranty, Inc. addresses subject matter jurisdiction and failure to state a claim upon which relief may be granted.  CGI indicates that although the motion raised other grounds for dismissal, it "has determined to pursue in conjunction with the Motion only the grounds set forth in this Brief." *Id.* at 3.  Additionally, as indicated above, footnote 2 of CGI's brief indicates that discovery issues addressed in the Motion have been resolved by prior order.

Opposition to the Motion to Dismiss was filed by Richard Fogerty and William Tacon (the

"Foreign Representatives").  Legal memoranda on the issues were submitted by the parties and

arguments of counsel were heard by the court.

## II.  CONCLUSIONS OF LAW

CGI asserts that the adversary complaint should be dismissed under Fed. R. Civ. P.

12(b)(1) and 12(b)(6), made applicable to this proceeding by Fed. R. Bankr. P. 7012, arguing

lack of subject matter jurisdiction over this adversary, and failure to state a claim upon which

relief may be granted against CGI.  Regarding Rule 12 motions to dismiss, the Fifth Circuit

stated the following in *Lane v. Halliburton,*, 529 F.3d 548 (5th Cir. 2008):

> In each of these cases, the district court granted KBR's motion to dismiss for
> lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).
> We review *de novo* the district court's dismissal under Rule 12(b)(1), just as we
> would a dismissal under Rule 12(b)(6). *Bombardier Aerospace Employee Welfare
> Benefits Plan v. Ferrer, Poirot and Wansbrough,* 354 F.3d 348, 351 (5th
> Cir.2003). In reviewing the dismissal order, we take the well-pled factual
> allegations of the complaint as true and view them in the light most favorable to
> the plaintiff. *In re Katrina Canal Breaches Litig.,* 495 F.3d 191, 205 (5th
> Cir.2007).
> Under Rule 12(b)(6), a claim should not be dismissed unless the court
> determines that it is beyond doubt that the plaintiff cannot prove a plausible set of
> facts that support the claim and would justify relief. *Bell Atlantic Corp. v.
> Twombly,* --- U.S. ----, 127 S.Ct. 1955, 1965-66, 167 L.Ed.2d 929 (2007). This
> analysis is generally confined to a review of the complaint and its proper
> attachments. *Fin. Acquisition Partners v. Blackwell,* 440 F.3d 278, 286 (5th
> Cir.2006). However, under Rule 12(b)(1), the court may find a plausible set of
> facts by considering any of the following: "(1) the complaint alone; (2) the
> complaint supplemented by the undisputed facts evidenced in the record; or (3)
> the complaint supplemented by undisputed facts plus the court's resolution of
> disputed facts." *Barrera-Montenegro v. United States,* 74 F.3d 657, 659 (5th
> Cir.1996).

*Id.* at 557. *See also, Dooley v. Principi,* 250 Fed.Appx. 114, 115-116, 2007 WL 2935407, 1 (5th

Cir. 2007)(A motion to dismiss under Rule 12(b)(1) is analyzed under the same standard as a

motion to dismiss under Rule 12(b)(6));  *Crawford v. U.S. Dept. of Homeland Security.*, 245

Fed.Appx. 369, 374, 2007 WL 2348661, 2 (5th Cir. 2007)(Federal courts have limited

jurisdiction, and a claim is properly dismissed for lack of subject matter jurisdiction when the

court lacks statutory or constitutional power to adjudicate the claim).

      CGI summarizes its argument that this court lacks jurisdiction to hear the adversary

proceeding as follows:

> In summary, the Court lacks jurisdiction over this Adversary Proceeding on two
> grounds.  First, the Court may not authorize the Liquidators to file avoidance
> actions under Section 1521(a)(7).  Thus, there is an express statutory limitation on
> the Court's jurisdiction.  Second, the Liquidators have not filed a separate case
> under another chapter of the code, nor is any such case pending.  Therefore, the
> Liquidators lack standing to prosecute this Adversary Proceeding under Section
> 1523(a).  Their lack of standing is jurisdictional.

Brief in Support of Motion to Dismiss at 9.  CGI contends in the alternative that Counts One and

Two should be dismissed arguing the following:

> The Liquidators' statement of the law of Nevis in paragraphs 28 and 34 of the
> Complaint Complaint goes too far and effectively distorts the law by try[ing] to
> establish a fiduciary relationship between the directors and the creditors when
> Nevis law establishes no such relationship.  Under Section 97 of the Nevis
> Statute, the directors of a company must take into account the interests of the
> **company** as a whole, not the creditors as a whole . . . Accordingly, the
> Liquidators have failed to state a cause of action under Counts One and Two of
> the Complaint, and those Counts should be dismissed.

*Id.* at 16.

      The parties provided the court with excellent briefs and arguments before the court on the

matter.  The court agrees with the legal analysis and arguments made by CGI regarding

restrictions on avoidance actions in Chapter 15 cases and the applicability of those restrictions

here.  CGI summarized its arguments on the matter in its initial brief as follows:

A foreign representative is not allowed to exercise avoidance powers in a
Chapter 15 case to set aside pre-petition transactions. Instead, the foreign
representative must file a separate, independent bankruptcy case under another
chapter of the Code (*e.g.*, Chapter 7 or 11) to assert such avoidance powers. Two
provisions of Chapter 15 mandate this result.

First, Section 1521(a)(7) states that the bankruptcy court has discretion to
grant to a foreign representative in a Chapter 15 case relief available to a trustee
"**except for** relief available under sections 522, 544, 545, 547, 548 and 724(a)"
(emphasis added). Second, Section 1523(a) of the Code states that when a foreign
proceeding has been recognized, "the foreign representative has standing in a case
**concerning the debtor pending under another chapter of this title** to initiate
actions under Section 522, 544, 545, 547, 548, 550, 553, and 724(a)" (emphasis
added. These two provisions complement one another. Section 1521(a)(7)
delineates that avoiding powers are not available to the foreign representative in a
Chapter 15 case, and Section 1523(a) affirmatively states that such powers are
available to the foreign representative *if* (and only if) exercised in a companion
case under a non-Chapter 15 chapter of the Code.

Chapter 15 was specifically designed to provide foreign representatives
with certain statutorily prescribed rights to assist a foreign main proceeding. Yet,
Chapter 15 also provides significant limitations, particularly limitations on
avoiding powers.

Although Section 1525(a) of the Code requires the Court to "cooperate to
the maximum extent possible" with foreign representatives and courts, Chapter 15
was not designed to incorporate the law of the home court (here, Nevis) into the
United States bankruptcy system. Rather than using Chapter 15 for its proper goal
of "assistance" under Sections 1501(b)(1) and 1507, the Liquidators improperly
ask this Court to go beyond the parameters of Chapter 15 by using this Court as a
*de facto* Nevis Court, interpreting and applying the substantive law of Nevis
against a non-United States entity. The Liquidators cannot use this Court as a hub
from which to launch international litigation under foreign avoidance law. If the
Liquidators believe they have valid claims, those claims should be asserted
elsewhere – not here.

Section 1521(a)(7) is clear. The court lacks statutory jurisdiction to grant
the Liquidators the right to bring this Adversary Proceeding. Section 1523(a) is
likewise clear. Standing is jurisdictional, and because the Liquidators lack
standing to assert pre-petition avoidance actions in a Chapter 15 case, the Court
has no subject matter jurisdiction over the Complaint. Taking the allegations of
the Complaint as true and construing them in a light most favorable to the
Liquidators, the Court lacks jurisdiction. The Complaint should be dismissed.

Moreover, Counts One and Two of the Complaint assert an element not
found in the applicable Nevis statute. Because the Liquidators have asserted
claims beyond what Nevis law allows, they have failed to "nudge [their] claims

[under Counts One and Two] across the line from conceivable to plausible." . . .
Taking the allegations of the Complaint as true and construing them in a light
most favorable to the Liquidators, Counts One and Two of the Complaint should
be dismissed.

*Id.* at 5-6, 17. (citation omitted).

The court does not find it necessary to discuss each of the various arguments made by the

parties on the issue, although the court does make note of the following. CGI argues, in response

to the Liquidators' argument that Chapter 15 was not intended to be a shield or bar to efforts to

recover misappropriated assets, by stating that avoidance actions <u>are</u> available to foreign

representatives but only in the context of a related non-chapter 15 proceeding. Additionally, CGI

asserts that the Liquidators have failed to cite Chapter 15 authority to show that foreign

avoidance law can be used where United States avoidance law cannot be used, and argues that

they rely heavily on pre-Chapter 15 decisions. CGI asserts that the Liquidators emphasize the

perceived need for this court to exercise jurisdiction over this adversary to effectuate the

cooperation provisions of Chapter 15. CGI argues that the same Congress that mandated

cooperation also put express limits on this court's jurisdiction. CGI further argues that the

Liquidators are not without alternatives and that a finding of no jurisdiction will not constitute a

lack of cooperation with the Nevis Court or preclude other remedies available. In response to

Liquidators arguments concerning delays, CGI responds that even if a foreign tribunal would

entail delay, jurisdictional limitations cannot be sacrificed in the interests of expediency. The

court also notes that in arguments before the court CGI indicated its willingness to stipulate (in

response to the Liquidators argument in its initial brief (at p. 10) that "the Defendants would

contest personal jurisdiction in Nevis or avoid it altogether") that it would agree to jurisdiction of

-6-

Nevis and St. Kitts in the event this court decided to grant the motion to dismiss the adversary proceeding.

Having considered the pleadings and briefs submitted by the parties, and having heard the oral arguments, the court is inclined to agree with the position taken by CGI along with the legal analysis its has presented.  The court concludes that it lacks subject matter jurisdiction over this adversary proceeding and that the motion to dismiss should be granted.  Because the court determines that it does not have jurisdiction, it is not necessary for the court to address the alternative request for relief based upon grounds of failure to state a claim upon which relief may be granted.[4]

An order will be entered consistent with these findings and conclusions pursuant to Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58.  This opinion shall constitute findings and conclusions pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52.

*Edward R. Gaines*

Edward R Gaines
United States Bankruptcy Judge
Dated: July 17, 2008

---

[4] *See, Menchaca v. Chrysler Credit Corp.*, 613 F. 2d 507, 512 (5th Cir. 1980) (court stated that if allegations do not survive the jurisdictional attack, then there is no jurisdiction even to consider the other claims, much less to entertain a Rule 12(b)(6) motion to dismiss those claims).

-7-

**ATTORNEY FOR PLAINTIFF CONDOR INSURANCE LIMITED:**

Byrd & Wiser
Nicholas Van Wiser
145 Main Street
Biloxi, MS   39530

Baker & McKenzie LLP
Laurie D. Babich
David W. Parham
R. Adam Swick
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, TX   75201

**ATTORNEY FOR DEFENDANT CONDOR GUARANTY, INC.**

Jeffrey R. Barber
Watkins Ludlam Winter & Stennis, P.A.
Post office Box 427
Jackson, MS   39205

**DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## Southern District of Mississippi (Gulfport Divisional Office)
### Adversary Proceeding #: 07-05049-ERG
**Internal Use Only**

*Assigned to:* Edward Gaines
*Related BK Case:* 07-51045
*Related BK Title:* Condor Insurance Limited (In Official Liquidation)
*Related BK Chapter:* 15
*Demand:* $1700000

*Nature[s] of Suit:* 14  Recovery of money/property - other
               434 Injunctive Relief

*Date Filed:* 11/20/07
*Date Dismissed:* 07/17/08



**Plaintiff**
-----------------------

**Richard Fogerty,** *In His Capacity as the Joint Official Liquidator of Condor Insurance Limited*

represented by **David W. Parham**
Baker & McKenzie LLP
2001 Ross Avenue
Suite 2300
Dallas, TX 75201
214-978-3000
Fax : 214-978-3099
Email: david.w.parham@bakernet.com
*LEAD ATTORNEY*

**Laurie D. Babich**
Baker & McKenzie LLP
2001 Ross Avenue Ste 2300
Dallas, TX 75201
214-978-3000
Fax : 214-978-3099
Email: laurie.d.babich@bakernet.com
*LEAD ATTORNEY*

**Nicholas Van Wiser**
P O Box 1939
Biloxi, MS 39533
(228) 432-8123
Fax : (228)432-7029
Email: nwiser@byrdwiser.com
*LEAD ATTORNEY*

**Randall Adam Swick**
Baker & McKenzie LLP
2001 Ross Ave., Ste. 2300
Dallas, TX 75201

214-978-3000
Fax : 214-978-3099
Email: adam.swick@bakernet.com
*LEAD ATTORNEY*

**William Tacon,** *In His Capacity as the Joint Official Liquidator of Condor Insurance Limited*

represented by **David W. Parham**
(See above for address)
*LEAD ATTORNEY*

**Laurie D. Babich**
(See above for address)

**Nicholas Van Wiser**
(See above for address)

**Randall Adam Swick**
(See above for address)

V.

**Defendant**

------------------------

**Condor Guaranty, Inc**

represented by **Jeffrey Ryan Barber**
P.O. Box 427
Jackson, MS 39205
601 949-4765
Fax : 601-949-4804
Email: jbarber@watkinsludlam.com

**Petroquest Resources, Inc.**

represented by **Janice Elaine Mosher**
Mosher Law Firm PC
5400 LBJ Freeway Ste 675
Dallas, TX 75240
214-267-9090
Fax : 214-267-9092
Email: jemmosher@yahoo.com

**Ross N. Fuller**
3200 West End Ave
Suite 500
Nashville, TN 37203

represented by **Ross N. Fuller**
PRO SE

**Byron Tyghe Williams**

represented by **Janice Elaine Mosher**
(See above for address)

**Gymnogyps Management, Inc.**

represented by **Jeffrey Ryan Barber**
(See above for address)

**Harvey Milam**

represented by **Jeffrey Ryan Barber**
(See above for address)
*LEAD ATTORNEY*

**Finpac Holdings, Inc.**

represented by **Finpac Holdings, Inc.**
PRO SE

**Intercontinental Development and Investment Corporation**

represented by **Intercontinental Development and Investment Corporation**

PRO SE

**T. Alan Owen**                         represented by **T. Alan Owen**
                                                          PRO SE


**U.S. Trustee**

----------------------

**R. Michael Bolen**
100 W. Capitol St.
Suite 706
Jackson, MS 39269
(601) 965-5241

| Filing Date | # | Docket Text |
|---|---|---|
| 11/20/2007 | ◗1 | Adversary case 07-05049. (14 (Recovery of money/property - other) 434 (Injunctive Relief)): Complaint by Laurie D. Babich, Nicholas Van Wiser, Randall Adam Swick, David W. Parham, William Tacon on behalf of Richard Fogerty, William Tacon against Condor Guaranty, Inc, Petroquest Resources, Inc.. Fee Amount $250 (Attachments: # 1 Exhibit A and B# 2 Exhibit C through G) (Wiser, Nicholas) Modified on 11/26/2007 to add injunctive relief to docket text (Nix, Kathy). (Entered: 11/20/2007) |
| 11/20/2007 | | Receipt of Complaint(07-05049) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 1451145. Fee amount 250.00. (U.S. Treasury) (Entered: 11/20/2007) |
| 11/21/2007 | | Attorney Nicholas Van Wiser for Richard Fogerty, David W. Parham for Richard Fogerty, Laurie D. Babich for Richard Fogerty, Randall Adam Swick for Richard Fogerty added to case (Kenney, Lori) (Entered: 11/21/2007) |
| 11/21/2007 | | R. Michael Bolen added to case, Judge Edward Gaines added to case (Kenney, Lori) (Entered: 11/21/2007) |
| 11/26/2007 | ◗2 | Summons Issued on Condor Guaranty, Inc Date Issued 11/26/2007, Answer Due 12/26/2007; Petroquest Resources, Inc. Date Issued 11/26/2007, Answer Due 12/26/2007 (Kenney, Lori) (Entered: 11/26/2007) |
| 11/28/2007 | ◗3 | Summons Service Executed on Petroquest Resources, Inc. 11/26/2007 (Wiser, Nicholas) (Entered: 11/28/2007) |
| 11/28/2007 | | Judge Gaines spoke with Nick Wiser and we are to do nothing at this time regarding the "mandaotry preliminary injunction". Wiser will |

| | | |
|---|---|---|
| | | contact the court when he is ready to go forward. (Tiblier, Janice) (Entered: 11/28/2007) |
| 12/06/2007 | 4 | Summons Service Executed on Petroquest Resources, Inc. 11/26/2007 (Wiser, Nicholas) (Entered: 12/06/2007) |
| 12/10/2007 | 5 | Order Re Commencement of Discovery (Kenney, Lori) (Entered: 12/11/2007) |
| 12/13/2007 | 6 | Document Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)2 Summons Issued). (Wiser, Nicholas) (Entered: 12/13/2007) |
| 12/13/2007 | 7 | Summons Re-Issued to Nicholas Van Wiser on Condor Guaranty, Inc Date Issued 12/13/2007, Answer Due 1/12/2008 (Kenney, Lori) (Entered: 12/13/2007) |
| 12/13/2007 | 8 | Summons Service Executed on Condor Guaranty, Inc 12/13/2007 (Wiser, Nicholas) (Entered: 12/13/2007) |
| 12/20/2007 | 9 | Notice *of Issued Subpoena - Joycelyn Milam* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 10 | Notice *of Issued Subpoena - Hope Milam* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 11 | Notice *of Issued Subpoena - Albert Milam* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 12 | Notice *of Issued Subpoena - Brad Cates* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 13 | Notice *of Issued Subpoena - Atlantic American Holding* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 14 | Notice *of Issued Subpoenas - Various Districts* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 15 | Notice *of Discovery Issued - Condor Guaranty, Inc.* Filed by Plaintiffs Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | 16 | Notice *of Discovery Issued - Petroquest* Filed by Plaintiffs Richard |

| | | |
|---|---|---|
| | | Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●17 | Certificate of Service of Subpoena -*United Bank, 414 Market* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)14 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●18 | Certificate of Service of Subpoena -*United Bank, 514 Market* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)14 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●19 | Certificate of Service of Subpoena -*Adams Oil* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)14 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●20 | Certificate of Service of Subpoena -*Atlantic American Holding* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)13 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●21 | Certificate of Service of Subpoena -*Hope Milam* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)10 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/21/2007 | ●22 | Motion to Quash Subpoena Filed by Interested Party Ross Fuller (Re Document #14) cross referenced from main case Dk #62 (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | 23 | Corporation Information of Stockton Fuller and Co re Dk #22 (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | ●24 | Clerk's Notice - **Action Required**. to Ross Fuller obtain counsel or motion may be dismissed (RE: related document(s)22 Motion to Quash filed by Interested Party Ross Fuller) Tickle for date: 1/2/2008. (Kenney, Lori) cross referenced from main case (Entered: 12/21/2007) |
| 12/21/2007 | | cc Deficiency Notice #24 served upon Mr. Fuller via US mail left voice mail at telephone number on pleading (Kenney, Lori) (Entered: 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | ●25 | Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling* Filed by Defendant Condor Guaranty, Inc (Barber, Jeffrey) (Entered: 12/21/2007) |
| 12/21/2007 | ●26 | Motion to Quash *Motion To: (1) Hold Chapter 15 Proceeding in Abeyance: (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* Filed by Defendant Condor |

| | | Guaranty, Inc (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8) (Barber, Jeffrey) (Entered: 12/21/2007) |
|---|---|---|
| 12/21/2007 | ●<u>27</u> | Joinder *Objection to Subpoenas and Joinder in Motion to: (1) Hold Chapter 15 Proceeding in Abeyance; (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* Filed by Defendant Condor Guaranty, Inc (RE: related document(s)<u>26</u> Motion to Quash *Motion To: (1) Hold Chapter 15 Proceeding in Abeyance: (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order*). (Barber, Jeffrey) (Entered: 12/21/2007) |
| 12/27/2007 | ●<u>28</u> | Hearing Set (RE: related document(s)<u>26</u> Motion to Quash, filed by Defendant Condor Guaranty, Inc, <u>27</u> Joinder, filed by Defendant Condor Guaranty, Inc) Hearing to be held on 1/8/2008 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) Modified on 12/28/2007 create relationship to docket entry <u>22</u> Motion to Quash Subpoena Filed by Interested Party Ross Fuller (Derouen, Collette). (Entered: 12/27/2007) |
| 12/27/2007 | ●<u>29</u> | Hearing Set (RE: related document(s)<u>25</u> Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Hearing to be held on 1/8/2008 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) (Entered: 12/27/2007) |
| 12/28/2007 | ●<u>30</u> | Corrected Hearing Set (to include adversary docket entry numbers) (RE: related document(s)<u>26</u> Motion to Quash, filed by Defendant Condor Guaranty, Inc, <u>27</u> Joinder, filed by Defendant Condor Guaranty, Inc, <u>22</u> Motion to Quash filed by Interested Party Ross Fuller) Hearing to be held on 1/8/2008 at 10:00 AM Courtroom - Gulfport, (Tiblier, Janice) (Entered: 12/28/2007) |
| 12/28/2007 | ●<u>31</u> | Motion to Dismiss Adversary Proceeding *PetroQuest Resources, Inc.'s Motion to Dismiss Adversary Proceeding* Filed by Defendant Petroquest Resources, Inc. (Attachments: # <u>1</u> Proposed Order Order Granting PetroQuest Resources, Inc.'s Motion to Dismiss Adversary Proceeding) (Mosher, Janice) (Entered: 12/28/2007) |
| 12/28/2007 | ●<u>32</u> | Answer to Complaint Filed by Petroquest Resources, Inc.. (Mosher, Janice) (Entered: 12/28/2007) |
| 12/28/2007 | ●<u>33</u> | Amended Motion (related document(s): <u>31</u> Motion to Dismiss Adversary Proceeding *PetroQuest Resources, Inc.'s Motion to Dismiss Adversary Proceeding* filed by Defendant Petroquest Resources, Inc.) Filed by Defendant Petroquest Resources, Inc. (Attachments: # <u>1</u> Proposed Order Order Granting PetroQuest Resources, Inc.'s First Amended Motions to Dismiss Adversary |

| | | |
|---|---|---|
| | | Proceeding) (Mosher, Janice) (Entered: 12/28/2007) |
| 12/29/2007 | ●34 | Third Party Motion to Quash *Subpoena Duces Tecum* Filed by Interested Party Unified Investments, L.L.C. (Attachments: # 1 Proposed Order Order Granting Unified Investments, L.L.C.'s Motion to Quash Subpoena Duces Tecum) (Mosher, Janice) (Entered: 12/29/2007) |
| 12/29/2007 | ●35 | Document *Objections to Subpoena Duces Tecum* Filed by Interested Party Unified Investments, L.L.C. (RE: related document(s)1 Complaint, ). (Mosher, Janice) (Entered: 12/29/2007) |
| 12/29/2007 | ●36 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)28 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 12/29/2007. (Admin.) (Entered: 12/29/2007) |
| 12/29/2007 | ●37 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)29 Hearing (Bk Other) Set) Service Date 12/29/2007. (Admin.) (Entered: 12/29/2007) |
| 12/30/2007 | ●38 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)30 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 12/30/2007. (Admin.) (Entered: 12/30/2007) |
| 12/31/2007 | ●39 | Response to (related document(s): 22 Motion to Quash filed by Interested Party Ross Fuller) Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)22 Motion to Quash). (Babich, Laurie) (Entered: 12/31/2007) |
| 01/02/2008 | ●40 | Clerk's Notice **- Action Required**. to Janice Mosher to associate local counsel and file motion pro hac vice (RE: related document(s)34 Motion to Quash filed by Interested Party Unified Investments, L.L.C., 33 Amended Motion, filed by Defendant Petroquest Resources, Inc., 31 Motion to Dismiss Adversary Proceeding, filed by Defendant Petroquest Resources, Inc., 35 Document filed by Interested Party Unified Investments, L.L.C., 32 Answer to Complaint filed by Defendant Petroquest Resources, Inc.) Tickle for date: 1/22/2008. (Kenney, Lori) (Entered: 01/02/2008) |
| 01/02/2008 | ●41 | Motion to Clarify Filed by Interested Party Ross Fuller (Re Document #22) cross referenced from main case (Kenney, Lori) (Entered: 01/02/2008) |
| 01/02/2008 | ●42 | Certificate of Service of Subpoena -*Brad Cates* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)12 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| | | |

| 01/02/2008 | ●43 | Certificate of Service of Subpoena - *Albert Milam* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)11 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
|---|---|---|
| 01/02/2008 | ●44 | Certificate of Service of Subpoena - *Joycelyn Milam* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)9 Notice). (Wiser, Nicholas) (Entered: 01/02/2008 |
| 01/02/2008 | ●45 | Certificate of Service of Subpoena - *Ross Fuller* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)14 Notice). (Wiser, Nicholas) (Entered: 01/02/2008 |
| 01/02/2008 | ●46 | Certificate of Service of Subpoena - *Stockton Fuller* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s) 14 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | ●47 | Certificate of Service of Subpoena - *Tyghe Williams* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s) 14 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | ●48 | Response to (related document(s): 25 Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling* filed by Defendant Condor Guaranty, Inc) Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)25 Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling*). (Babich, Laurie) (Entered: 01/02/2008) |
| 01/02/2008 | ●49 | Response to (related document(s): 26 Motion to Quash *Motion To: (1) Hold Chapter 15 Proceeding in Abeyance: (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* filed by Defendant Condor Guaranty, Inc, 27 Joinder, filed by Defendant Condor Guaranty, Inc) Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)26 Motion to Quash *Motion To: (1) Hold Chapter 15 Proceeding in Abeyance: (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order*, 27 Joinder, ). (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1 of 2# 3 Exhibit B Part 2 of 2# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit i Part 1 of 2# 11 Exhibit i Part 2 of 2# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L Part 1 of 2# 15 Exhibit L Part 2 of 2# 16 Exhibit M) (Babich, Laurie) (Entered: 01/02/2008) |
| 01/03/2008 | ●50 | Minute Entry - Hearing Scheduled: 1/8/08. Scheduling Order due from Nick Wiser (RE: related document(s)26 Motion to Quash, filed by Defendant Condor Guaranty, Inc, 35 Document filed by Interested Party Unified Investments, L.L.C., 27 Joinder, filed by Defendant Condor Guaranty, Inc, 34 Motion to Quash filed by Interested Party |

| | | |
|---|---|---|
| | | Unified Investments, L.L.C.,33 Amended Motion, filed by Defendant Petroquest Resources, Inc.) Tickle for date: 1/10/2008 telephonic conference to be helf 1/16/08 at 11:00 am Nick Wiser to set up call re 22 Motion to Quash filed by Interested Party Ross Fuller, 41 Motion to Clarify filed by Interested Party Ross Fuller,. (Kenney, Lori) Modified on 1/4/2008 Remove relationship to document #31: (31 Motion to Dismiss Adversary Proceeding, filed by Defendant Petroquest Resources, Inc., ) (Nix, Kathy). (Entered: 01/03/2008) |
| 01/03/2008 | 51 | Minute Entry - Hearing Scheduled: 1/8/08. per telephonic conference this date same as minute entry #50 joint scheduling order to be sumitted by Nick Wiser (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Order due by 1/10/2008. (Kenney, Lori) (Entered: 01/03/2008) |
| 01/04/2008 | 52 | Corporate Webpage of Stockton Fuller and Company (Kenney, Lori) (Entered: 01/04/2008) |
| 01/04/2008 | 53 | Response to Planitiff's Response to Motion to Quash (related document(s): 39 Response filed by Plaintiff Richard Fogerty, Plaintiff William Tacon, 22 Motion to Quash filed by Interested Party Ross Fuller) Filed by Interested Party Ross Fuller (Kenney, Lori) (Entered: 01/04/2008) |
| 01/04/2008 | | #53 cross referenced from main case (Kenney, Lori) (Entered: 01/04/2008) |
| 01/04/2008 | 54 | Third Party Motion to Quash *Subpoena* Filed by Interested Party Byron Tyghe Williams (Attachments: # 1 Proposed Order Order Granting Tyghe Williams' Motion to Quash Subpoena) (Mosher, Janice) (Entered: 01/04/2008) |
| 01/04/2008 | 55 | Document *Objections to Subpoena* Filed by Interested Party Byron Tyghe Williams (RE: related document(s)14 Notice). (Mosher, Janice) (Entered: 01/04/2008) |
| 01/08/2008 | 56 | Hearing Set (RE: related document(s)33 Amended Motion, filed by Defendant Petroquest Resources, Inc.) Hearing to be held on 2/7/2008 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) (Entered: 01/08/2008) |
| 01/10/2008 | 57 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)56 Hearing (Bk Other) Set) Service Date 01/10/2008. (Admin.) (Entered: 01/11/2008) |
| 01/14/2008 | 58 | Proposed scheduling order on discovery and motions to quash submitted with insufficient space for signature. Called. Mr. Wiser's |

| | | |
|---|---|---|
| | | office to re-submit order (Kenney, Lori) (Entered: 01/14/2008) |
| 01/14/2008 | ●59 | Notice of Issued Subpoenas for Ross N. Fuller and Stockton Fuller & Company, Inc. Filed by Plaintiffs Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | ●60 | Response to (related document(s): 22 Motion to Quash filed by Interested Party Ross Fuller) --SURREPLY Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)22 Motion to Quash). (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1 of 6# 3 Exhibit B Part 2 of 6# 4 Exhibit B Part 3 of 6# 5 Exhibit B Part 4 of 6# 6 Exhibit B Part 5 of 6# 7 Exhibit B Part 6 of 6# 8 Exhibit C-G) (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | ●61 | Certificate of Service regarding Notice of Issued Subpoenas for Ross N. Fuller and Stockton Fuller & Company, Inc. Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)59 Notice). (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | ●62 | Scheduling Order Re Discovery objections/motions to quash subpoenas due 1/22/08, Liquidator's responses due 2/1/08, parties to contact court by 2/8/08 (RE: related document(s)55 Document filed by Interested Party Byron Tyghe Williams, 34 Motion to Quash filed by Interested Party Unified Investments, L.L.C., 26 Motion to Quash, filed by Defendant Condor Guaranty, Inc, 27 Joinder, filed by Defendant Condor Guaranty, Inc, 54 Motion to Quash filed by Interested Party Byron Tyghe Williams, 35 Document filed by Interested Party Unified Investments, L.L.C., 22 Motion to Quash filed by Interested Party Ross Fuller). Mr. Wiser to notice order (cross referenced to main case) (Kenney, Lori) (Entered: 01/14/2008) |
| 01/14/2008 | ●63 | Certificate of Service Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)62 Scheduling Order,, ). (Babich, Laurie) (Entered: 01/14/2008) |
| 01/16/2008 | ●64 | Minute Entry - Hearing Held: 1/16/08. An Order Denying Motion is to be filed by Richard Fogerty and William Tacon (RE: related document(s)22 Motion to Quash filed by Interested Party Ross Fuller) (Kenney, Lori) (Entered: 01/16/2008) |
| 01/17/2008 | ●65 | Order Denying Motion To Quash Subpoena as to Ross Fuller and Approving Withdrawal of Subpoena as to Stockton Fuller (Dk No 14) cc Ross Ruller via US Mail (cross referenced from main case) (Related Doc # 22) (Kenney, Lori) (Entered: 01/17/2008) |
| 01/17/2008 | ●66 | Notice of Appearance and Request for Notice by Alan Lee Smith Filed by Interested Party Milam and Murray, Inc.. (Smith, Alan) (Entered: 01/17/2008) |

| 01/18/2008 | | Flags Removed (NtcApr) (Kenney, Lori) (Entered: 01/18/2008) |
|---|---|---|
| 01/18/2008 | ●67 | Proof of Service --*Subpoena for Gymnogyps* Filed by Plaintiffs Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●68 | Proof of Service --*Subpoena for Wells Fargo* Filed by Plaintiffs Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●69 | Proof of Service --*Reissued Subpoena for Ross N. Fuller* Filed by Plaintiffs Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●70 | Proof of Service --*Reissued Subpoena for Stockton Fuller & Company, Inc.* Filed by Plaintiffs Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●71 | Supplemental Certificate of Service Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)62 Scheduling Order,, ). (Babich, Laurie) (Entered: 01/18/2008) |
| 01/22/2008 | ●72 | Response to *Subpoenas, Limited Objection to Subpoenas, Motion for Protective Order, and Memorandum in Support Thereof* Filed by Creditor Hope Milam (Attachments: # 1 Exhibit Exhibit 1 part 1# 2 Exhibit Exhibit 1 part 2# 3 Exhibit Exhibit 1 part 3) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed HARVEY & JOYCELYN MILAM (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●73 | Response to *Subpoenas, Limited Objection to Subpoenas, and Memorandum in Support Thereof* Filed by Creditor Atlantic American Holding Company, Ltd. (Attachments: # 1 Exhibit Exhibit 1) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed HARVEY & JOYCELYN MILAM (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●74 | Response to *Subpoenas, Limited Objection to Subpoenas, Motin for Protective Order, and Memorandum in Support Thereof* Filed by Creditor JOYCELYN MILAM (Attachments: # 1 Exhibit Exhibit 1 part 1# 2 Exhibit Exhibit 1 part 2# 3 Exhibit Exhibit 1 part 3) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed Harvey Milam (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●75 | Motion to Quash , *Motion for Protective Order, and Memorandum in Support Thereof* Filed by Creditor HARVEY MILAM (Attachments: # 1 Exhibit Exhibit 1) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed Joycelyn Milam (Nix, Kathy). |

| | | |
|---|---|---|
| | | (Entered: 01/22/2008) |
| 01/22/2008 | ●76 | Motion to Quash Filed by Interested Party Milam and Murray, Inc. (Attachments: # <u>1</u> Exhibit) (Smith, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | ●77 | Motion to Quash Filed by Interested Party Albert J. Milam (Attachments: # <u>1</u> Exhibit) (Smith, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | ●78 | Motion to Quash *Subpeonas, Motin for Protective Order, Request for Sanctions and Memorandum in Support Thereof* Filed by Defendant Condor Guaranty, Inc (Attachments: # <u>1</u> Exhibit Exhibit A Part 1# <u>2</u> Exhibit Exhibit A Part 2# <u>3</u> Exhibit Exhibit A Part 3# <u>4</u> Exhibit Exhibit B# <u>5</u> Exhibit Exhibit C Part 1# <u>6</u> Exhibit Exhibit C Part 2# <u>7</u> Exhibit Exhibit C Part 3# <u>8</u> Exhibit Exhibit D Part 1# <u>9</u> Exhibit Exhibit D Part 2# <u>10</u> Exhibit Exhibit D Part 3# <u>11</u> Exhibit Exhibit E Part 1# <u>12</u> Exhibit Exhibit E Part 2# <u>13</u> Exhibit Exhibit E Part 3# <u>14</u> Exhibit Exhibit F# <u>15</u> Exhibit Exhibit G Part 1# <u>16</u> Exhibit Exhibit G Part 2# <u>17</u> Exhibit Exhibit G Part 3# <u>18</u> Exhibit Exhibit H# <u>19</u> Exhibit Exhibit I# <u>20</u> Exhibit Exhibit J# <u>21</u> Exhibit Exhibit K# <u>22</u> Exhibit Exhibit L# <u>23</u> Exhibit Exhibit M# <u>24</u> Exhibit Exhibit N# <u>25</u> Exhibit Exhibit O# <u>26</u> Exhibit Exhibit P Part 1# <u>27</u> Exhibit Exhibit P Part 2# <u>28</u> Exhibit Exhibit Q) (Barber, Jeffrey) (Entered: 01/22/2008) |
| 01/22/2008 | ●79 | Motion to Quash *Subpoenas, Motion for Protective Order, Request for Sanctions and Memorandum in Support Thereof* Filed by Witness Gymnogyps Management, Inc. (Attachments: # <u>1</u> Exhibit Exhibit 1) (Barber, Jeffrey) (Entered: 01/22/2008) |
| 01/22/2008 | ●80 | Motion to Quash *Subpeonas, Motion for Protective Order, Request Sanctions and Memorandum in Support Thereof* Filed by Witness Brad Cates (Attachments: # <u>1</u> Exhibit Exhibit 1 Part 1# <u>2</u> Exhibit Exhibit 1 Part 2# <u>3</u> Exhibit Exhibit 1 Part 3# <u>4</u> Exhibit Exhibit 2# <u>5</u> Exhibit Exhibit 3) (Barber, Jeffrey) (Entered: 01/22/2008) |
| 01/22/2008 | ●81 | **CORRECTION TO PDF ATTACHMENT--SEE ENTRY 82--** Motion to Quash *Subpoena Duces Tecum and for Protective Order* Filed by Respondent Adams Oil and Gas, LLC (Attachments: # <u>1</u> Exhibit) (Smith, Les) Modified on 1/23/2008 signed by M. McDermott but filed by L. Smith (Nix, Kathy). (Entered: 01/22/2008) |
| 01/23/2008 | | Spoke to Jeff Barber re motion to dismiss by Condor Guaranty #25, has not been able to get with Mr. Wiser to get scheduling order together would like this motion to run on same schedule with other motion to dismiss, sent email to courtroom deputy to set for preliminary hearing on same date of motion to dismiss by PetroQuest. (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | | Spoke to Les Smith and Barbara at Mr. McDermott's office and told |

| | | |
|---|---|---|
| | | them both that they can not file a pleading with a different attorney's signature, they must re-file the motion to quash dk #81 under the correct login (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | ●82 | Motion to Quash *Subpoenas Duces Tecum and for Protective Order* Filed by Respondent Adams Oil and Gas, LLC (Attachments: # 1 Exhibit) (Smith, Les) (Entered: 01/23/2008) |
| 01/23/2008 | | Harvey Milam rep by , Jeffrey Ryan Barber , and Joycelyn Milam rep by , Jeffrey Ryan Barber , and Hope Milam rep by , Jeffrey Ryan Barber , and Atlantic American Holding Company, Ltd. rep by , Jeffrey Ryan Barber added to case (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | ●83 | Hearing Set (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Hearing to be held on 2/7/2008 at 10:00 AM Courtroom - Gulfport (Diaz, Janice) (Entered: 01/23/2008) |
| 01/28/2008 | ●84 | Clerk's Notice - **Action Required** to Janice Elaine Mosher to obtain local counsel and file motion pro hac vice or documents will be dismissed/stricken. (RE: related document(s)55 Document filed by Interested Party Byron Tyghe Williams, 54 Motion to Quash filed by Interested Party Byron Tyghe Williams) Tickle for date: 2/7/2008 (cross referenced to main case). (Kenney, Lori) (Entered: 01/28/2008) |
| 01/30/2008 | ●85 | Response to (related document(s): 33 Amended Motion (related document(s): 31 Motion to Dismiss Adversary Proceeding *PetroQuest Resources, Inc.'s Motion to Dismiss Adversary Proceeding* filed by Defendant Petroquest Resources, Inc.) filed by Defendant Petroquest Resources, Inc.) Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)33 Amended Motion (related document(s): 31 Motion to Dismiss Adversary Proceeding *PetroQuest Resources, Inc.'s Motion to Dismiss Adversary Proceeding* filed by Defendant Petroquest Resources, Inc.) ). (Babich, Laurie) (Entered: 01/30/2008) |
| 02/01/2008 | ●86 | Order Dismissing Motion to Dismiss Adversary Proceeding (Related Doc # 31), Dismissing an Amended Motion (Related Doc # 33) (Kenney, Lori) (Entered: 02/01/2008) |
| 02/01/2008 | ●87 | Order Dismissing Motion To Quash by Unified Investments LLC (Related Doc # 34) (Kenney, Lori) (Entered: 02/01/2008) |
| 02/01/2008 | ●88 | Order Striking Answer to Complaint by PetroQuest Resources Inc (RE: related document(s)32 Answer to Complaint filed by Defendant Petroquest Resources, Inc.). (Kenney, Lori) (Entered: 02/01/2008) |
| | | |

| 02/01/2008 | ●89 | Order Striking Objections to Subpoena Duces Tecum by Unified Investments LLC (RE: related document(s)35 Document filed by Interested Party Unified Investments, L.L.C.). (Kenney, Lori) (Entered: 02/01/2008) |
|---|---|---|
| 02/04/2008 | ●90 | Minute Entry - Hearing Scheduled: 02/07/08. An (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Order due by 3/11/2008. (Diaz, Janice) (Entered: 02/04/2008) |
| 02/07/2008 | ●91 | Agreed Amdended Scheduling Order re Discovery on Notices of Subpoena Issued (RE: related document(s)13 Notice 11 Notice 12 Notice10 Notice 9 Notice 14 Notice). Response to Motions to Quash by 2/15/2008. Contact Court by: 2/22/2008. (cross referenced from main case) (Kenney, Lori) (Entered: 02/07/2008) |
| 02/08/2008 | | Deadlines terminated. 84 (Kenney, Lori) (Entered: 02/08/2008) |
| 02/08/2008 | ●92 | Order Dismissing Motion To Quash by Tyghe Williams (cross referenced to main case) (Related Doc # 54) (Kenney, Lori) (Entered: 02/08/2008) |
| 02/08/2008 | ●93 | Order Striking Objection to Subpoena Duces Tecum by Tyghe Williams (RE: related document(s)55 Document filed by Interested Party Byron Tyghe Williams). (cross referenced to main case) (Kenney, Lori) (Entered: 02/08/2008) |
| 02/22/2008 | ●94 | Response to (related document(s): 82 Motion to Quash *Subpoenas Duces Tecum and for Protective Order* filed by Respondent Adams Oil and Gas, LLC) Filed by Plaintiffs Richard Fogerty, William Tacon (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K Part 1 of 2# 12 Exhibit K Part 2 of 2) (Babich, Laurie) (Entered: 02/22/2008) |
| 02/25/2008 | ●95 | Scheduling Order (RE: related document(s)77 Motion to Quash filed by Interested Party Albert J. Milam, 75 Motion to Quash, filed by Interested Party Harvey Milam, 26 Motion to Quash, filed by Defendant Condor Guaranty, Inc, 76 Motion to Quash filed by Interested Party Milam and Murray, Inc., 82 Motion to Quash filed by Respondent Adams Oil and Gas, LLC, 79 Motion to Quash filed by Witness Gymnogyps Management, Inc., 78 Motion to Quash, , , filed by Defendant Condor Guaranty, Inc, 80 Motion to Quash, filed by Witness Brad Cates, 27 Joinder, filed by Defendant Condor Guaranty, Inc). Liquidator's responses due by 2/22/2008. Parties to contact court by 2/29/2008. (Cross Referenced from main case) (Kenney, Lori) Modified on 2/26/2008 to correct filing date in docket text; add cross referencing information(Nix, Kathy). (Entered: 02/26/2008) |

| 02/26/2008 | ●96 | Corrective Entry:to correct filing date in docket text; add cross referencing information (RE: related document(s)95 Scheduling Order) (Nix, Kathy) (Entered: 02/26/2008) |
|---|---|---|
| 02/29/2008 | ●97 | Minute Entry - (RE: related document(s)82 Motion to Quash filed by Respondent Adams Oil and Gas, LLC) Per scheduling order parties to contact court by 2/29/08 to advise if hearing is needed - Laurie Babich and Les Smith contact court via telephone- parties agree this motion should be set for preliminary hearing. cross referenced from main case (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | ●98 | Minute Entry - An Agreed Order to be submitted by Laurie Babich (RE: related document(s)26 Motion to Quash, filed by Defendant Condor Guaranty, Inc, 77 Motion to Quash filed by Interested Party Albert J. Milam, 27 Joinder, filed by Defendant Condor Guaranty, Inc, 75 Motion to Quash, filed by Interested Party Harvey Milam, 76 Motion to Quash filed by Interested Party Milam and Murray, Inc., 80 Motion to Quash, filed by Witness Brad Cates, 79 Motion to Quash filed by Witness Gymnogyps Management, Inc., 78 Motion to Quash, , , filed by Defendant Condor Guaranty, Inc) Order due by 3/7/2008. cross referenced from main case (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | | Email sent to courtroom deputy to set #82 (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | | Motions terminated. 81 (Kenney, Lori) (Entered: 02/29/2008) |
| 03/04/2008 | ●99 | Hearing Set (RE: related document(s)82 Motion to Quash filed by Respondent Adams Oil and Gas, LLC, 94 Response, filed by Plaintiff Richard Fogerty, Plaintiff William Tacon) Hearing to be held on 4/3/2008 at 10:00 AM Courtroom - Gulfport (Diaz, Janice) (Entered: 03/04/2008) |
| 03/10/2008 | ●100 | Order Resolving in part, Certain Discovery Issues re Motions To Quash and Issued Subpoenas (Related Doc # 72), (Related Doc # 73), (Related Doc # 74)(Related Doc # 75), (Related Doc # 76), (Related Doc # 77),(Related Doc # 78), (Related Doc # 79), (Related Doc # 80),(Related Doc # 26) Cross referenced from main case (Kenney, Lori) (Entered: 03/10/2008) |
| 03/11/2008 | | Deadlines terminated. (Kenney, Lori) (Entered: 03/11/2008) |
| 03/12/2008 | ●101 | Agreed Scheduling Order re Condor Guaranty Inc's Motion to (1) Dismiss (2) Set Aside Discovery Order and (3) Hold Discovery Order in Abeyance (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc). Condor Guarant Brief/Pleading due by 4/9/2008. Foreign |

| | | |
|---|---|---|
| | | Representatives' Reply Brief/Response due by 4/21/2008. Condor Guaranty Reply due by 5/1/2008. Discovery due/Parties to contact court to jointly request a final hearing by 5/8/2008. (Kenney, Lori) (Entered: 03/12/2008) |
| 03/24/2008 | ●102 | Motion to Withdraw as Attorney Filed by Respondent Adams Oil and Gas, LLC (Smith, Les) (Entered: 03/24/2008) |
| 03/26/2008 | ●103 | Reply Reply to *the Foreign Representatives' Response to Adams Oil and Gas, LLC's Motion to Quash Subpoenas Duces Tecum and for Protective Order and Memorandum of Law in Support [Bankr. Docket No. 127 and Adv. Proc. Docket No. 94]* Filed by Interested Party Harvey Milam (Barber, Jeffrey) (Entered: 03/26/2008) |
| 03/31/2008 | 104 | Proposed order to withdraw as attorney submitted by Les Smith with signature line, called attorney to remove and resubmit (Kenney, Lori) (Entered: 03/31/2008) |
| 04/03/2008 | ●105 | Minute Entry - Hearing Held: 4/3/08 to be reset for 5/14/08. (RE: related document(s)82 Motion to Quash filed by Respondent Adams Oil and Gas, LLC) (Kenney, Lori) (Entered: 04/03/2008) |
| 04/03/2008 | | Additional Addresses for Adams Oil and Gas LLC: c/o Janice Elaine Mosher 5400 LBJ Freeway Ste 675 Dallas TX 75240 and Douglas E. Adams 1146 Big Run Road Troy WV 26443 (Kenney, Lori) (Entered: 04/03/2008) |
| 04/03/2008 | ●106 | Order Granting Motion of Les W. Smith and the law firm of Page, Mannino, Peresich & McDermott, PLLC To Withdraw As Attorney for Adams Oil & Gas, LLC (Related Doc # 102) (Snow, Christy) (Entered: 04/03/2008) |
| 04/03/2008 | ●107 | Notice to Adams Oil & Gas, LLC regarding obtaining legal counsel (RE: related document(s)106 Order on Motion to Withdraw as Attorney) (Snow, Christy) (Entered: 04/03/2008) |
| 04/03/2008 | ●108 | Hearing Re-Set (RE: related document(s)82 Motion to Quash filed by Respondent Adams Oil and Gas, LLC, 94 Response, filed by Plaintiff Richard Fogerty, Plaintiff William Tacon) Hearing to be held on 5/14/2008 at 10:00 AM Courtroom - Gulfport (Diaz, Janice) (Entered: 04/03/2008) |
| 04/03/2008 | ●109 | Stipulation Resolving Reply to the Foreign Representatives Response to Adams Oil & Gas LLC's Motion to Quash Subpoenas Ducen Tecum and Protective Order and Memorandum of Law in Support (RE: related document(s)103 Reply, filed by Interested Party Harvey Milam). (cross referenced from main case) (Kenney, Lori) (Entered: |

| | | 04/04/2008) |
|---|---|---|
| 04/05/2008 | ●110 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)106 Order on Motion to Withdraw as Attorney) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/05/2008 | ●111 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)107 Notice with mailing) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/05/2008 | ●112 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)108 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/09/2008 | ●113 | Brief *in Support of Motion to Dismiss [Adv. Docket No. 25]* Filed by Defendant Condor Guaranty, Inc (RE: related document(s)25 Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling)*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Barber, Jeffrey) (Entered: 04/09/2008) |
| 04/21/2008 | ●114 | Brief *In Support of The Foreign Representatives' Response [Docket #48] to Condor Guaranty, Inc.'s Motion to Dismiss [Docket #25]* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)48 Response,, 113 Brief, ). (Attachments: # 1 Exhibit A and B) (Babich, Laurie) (Entered: 04/21/2008) |
| 04/21/2008 | ●115 | Amended Complaint by Laurie D. Babich on behalf of Richard Fogerty, William Tacon against Finpac Holdings, Inc., Intercontinental Development and Investment Corporation, T. Alan Owen, Condor Guaranty, Inc, Ross Fuller, Gymnogyps Management, Inc., Harvey Milam, Petroquest Resources, Inc., Byron Tyghe Williams. (RE: related document(s)1 Adversary case 07-05049. (14 (Recovery of money/property - other)434 (Injunctive Relief): Complaint by Laurie D. Babich, Nicholas Van Wiser, Randall Adam Swick, David W. Parham, William Tacon on behalf of Richard Fogerty, William Tacon against Condor Guaranty, Inc, Petroquest Resources, Inc.. Fee Amount $250 (Attachments: # 1 Exhibit A and B# 2 Exhibit C through G) (Wiser, Nicholas) Modified on 11/26/2007 to add injunctive relief to docket text (Nix, Kathy). filed by Plaintiff Richard Fogerty, Plaintiff William Tacon). (Attachments: # 1 Exhibit A and B# 2 Exhibit C# 3 Exhibit D through H) (Babich, Laurie) (Entered: 04/21/2008) |
| 04/22/2008 | ●116 | Amended Certificate of Service Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)114 Brief, ). (Babich, Laurie) (Entered: 04/22/2008) |
| | | |

| 04/24/2008 | ●117 | Order to Appear and Show Cause Why Plaintiff Failed to File Motion to Amend Complaint (RE: related document(s)115 Amended Complaint, , , filed by Plaintiff Richard Fogerty, Plaintiff William Tacon). Show Cause hearing to be held on 5/14/2008 at 10:00 AM at Courtroom - Gulfport. (Kenney, Lori) (Entered: 04/24/2008) |
|---|---|---|
| 05/01/2008 | ●118 | Reply Brief *in Support of Motion to Dismiss* Filed by Defendant Condor Guaranty, Inc. (Barber, Jeffrey) (Entered: 05/01/2008) |
| 05/08/2008 | ●119 | Order Dismissing Motion To Quash Subpoenas Duces Tecum and for Protective Order of Adams Oil and Gas LLC cc via US Mail to Adams c/o T Alan Owen (Related Doc # 82) (Kenney, Lori) (Entered: 05/08/2008) |
| 05/08/2008 | ●120 | Response to (related document(s): 118 Brief filed by Defendant Condor Guaranty, Inc) ---*Surreply Brief in Support of the Foreign Representatives' Response to Condor Guaranty, Inc.'s Motion to Dismiss* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)118 Brief). (Attachments: # 1 Exhibit A) (Babich, Laurie) (Entered: 05/08/2008) |
| 05/12/2008 | ●121 | Request for Hearing/Status Conference Filed by Interested Parties Harvey Milam, Joycelyn Milam, Plaintiff William Tacon (RE: related document(s)25 Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold Discovery Order in Abeyance Pending Ruling*). (Wiser, Nicholas) (Entered: 05/12/2008) |
| 05/12/2008 | | Conference call to obtain trial date re: Motion to Dismiss 25 set for May 14, 2008 at 9:45 a.m. (Diaz, Janice) (Entered: 05/12/2008) |
| 05/12/2008 | | Flags Removed HrgReqt 121 (Diaz, Janice) (Entered: 05/12/2008) |
| 05/14/2008 | ●122 | Minute Entry - Hearing Held: 05/14/08. (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Trial set for date: 6/18/2008 at 9:00 a.m. (Diaz, Janice) (Entered: 05/14/2008) |
| 05/15/2008 | ●123 | Minute Entry - Hearing Held: 5/14/08. ok to file amended complaint per 5th circuit court of appeals ruling 2 years ago that motion to dismiss not responsive pleading (RE: related document(s)115 Amended Complaint filed by Plaintiff Richard Fogerty, Plaintiff William Tacon) Response due from Barber 6/6/2008. (Kenney, Lori) (Entered: 05/15/2008) |
| 05/15/2008 | ●124 | Summons Issued to Nick Wiser and Laurie Babich to serve on additional defendants added by amended complaint Finpac Holdings, Inc. Date Issued 5/15/2008, Answer Due 6/16/2008; Ross N. Fuller |

| | | |
|---|---|---|
| | | Date Issued 5/15/2008, Answer Due 6/16/2008; Gymnogyps Management, Inc. Date Issued 5/15/2008, Answer Due 6/16/2008; Intercontinental Development and Investment Corporation Date Issued 5/15/2008, Answer Due 6/16/2008; Harvey Milam Date Issued 5/15/2008, Answer Due 6/16/2008; T. Alan Owen Date Issued 5/15/2008, Answer Due 6/16/2008; Byron Tyghe Williams Date Issued 5/15/2008, Answer Due 6/16/2008 (Kenney, Lori) (Entered: 05/15/2008) |
| 05/15/2008 | ●125 | Notice of Hearing and Hearing Requirements (RE: related document (s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Trial date set for 6/18/2008 at 09:00 AM at Courtroom - Gulfport. (Diaz, Janice) (Entered: 05/15/2008) |
| 05/19/2008 | ●126 | Order Amended Complaint shall not be dismissed counsel for Condor Guaranty Inc shall have until 6-6-08 to respond to amended complaint (RE: related document(s)117 Order to Show Cause, ). (Kenney, Lori) (Entered: 05/19/2008) |
| 05/21/2008 | ●127 | Summons Service Executed on Harvey Milam 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●128 | Summons Service Executed on Byron Tyghe Williams 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●129 | Summons Service Executed on Ross N. Fuller 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●130 | Summons Service Executed on T. Alan Owen 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●131 | Summons Service Executed on Intercontinental Development and Investment Corporation 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●132 | Summons Service Executed on Gymnogyps Management, Inc. 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/21/2008 | ●133 | Summons Service Executed on Finpac Holdings, Inc. 5/20/2008 (Babich, Laurie) (Entered: 05/21/2008) |
| 05/28/2008 | ●134 | List of Witnesses and Exhibits Filed by Defendant Condor Guaranty, Inc. (Barber, Jeffrey) (Entered: 05/28/2008) |
| 05/28/2008 | ●135 | List of Witnesses and Exhibits Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)25 Motion to Dismiss Adversary Proceeding *(2) Set Aside Discovery Order; and (3) Hold* |

| | | |
|---|---|---|
| | | *Discovery Order in Abeyance Pending Ruling*). (Babich, Laurie) (Entered: 05/28/2008) |
| 06/06/2008 | 🔵136 | **Incorrect event- see entry 137** --- Motion *to Dismiss Amended Complaint* Filed by Defendant Condor Guaranty, Inc (Barber, Jeffrey) Modified on 6/10/2008 (Nix, Kathy). (Entered: 06/06/2008) |
| 06/09/2008 | 🔵137 | Motion to Dismiss/Withdraw Document (related document(s) 115 Amended Complaint,,, ) Filed by Defendant Condor Guaranty, Inc (Barber, Jeffrey) (Entered: 06/09/2008) |
| 06/11/2008 | 🔵138 | Response to (related document(s): 137 Motion to Dismiss/Withdraw Document (related document(s) 115 Amended Complaint,,, ) filed by Defendant Condor Guaranty, Inc) Filed by Plaintiffs Richard Fogerty, William Tacon (Babich, Laurie) (Entered: 06/11/2008) |
| 06/12/2008 | 🔵139 | Answer to Complaint Filed by Ross N. Fuller as an individual and as Secretary-Treasurer of Finpac Holdings, Inc. . (Lowery, Lori) (Entered: 06/12/2008) |
| 06/12/2008 | 🔵140 | Corporation Information for Finpac Holdings Inc. (RE: related document(s)139 Answer to Complaint filed by Defendant Ross N. Fuller, Defendant Finpac Holdings, Inc.) (Lowery, Lori) (Entered: 06/12/2008) |
| 06/12/2008 | 🔵141 | Clerk's Notice - **Action Required**. to Ross Fuller and Finpac Holdings Inc re obtain counsel (RE: related document(s)139 Answer to Complaint filed by Defendant Ross N. Fuller, Defendant Finpac Holdings, Inc.) Tickle for date: 7/2/2008. (cc via US mail to Ross Fuller & Finpac Holdings Inc c/o C Thomas Burton Jr) (Lowery, Lori) Modified on 6/12/2008 added cc to docket text (Nix, Kathy). (Entered: 06/12/2008) |
| 06/16/2008 | 🔵142 | Motion to Dismiss/Withdraw Document (related document(s) 115 Amended Complaint,,, ) Filed by Defendant Harvey Milam (Barber, Jeffrey) (Entered: 06/16/2008) |
| 06/16/2008 | 🔵143 | Motion to Dismiss/Withdraw Document (related document(s) 115 Amended Complaint,,, ) Filed by Defendant Gymnogyps Management, Inc. (Barber, Jeffrey) (Entered: 06/16/2008) |
| 06/16/2008 | 🔵144 | Agreed Order Regarding Subpoena Issued to Wells Fargo. (Lowery, Lori) (Entered: 06/16/2008) |
| 06/16/2008 | | Received a telephone call from Mr. Ross Fuller this date re notice of deficiency Dk #141, he stated that he does not represent Finpac Holdings I spoke with KB and she suggested that he should amend |

| | | |
|---|---|---|
| | | his answer to reflect only himself and remove Finpac Holdings, I told Mr. Fuller this, he stated that he had no intention of amending his answer, he was not representing Finpac Holdings, he was merely asked as an "informed individual" to speak on their behalf (Lowery, Lori) Modified on 7/3/2008 to correct wording to state Mr. Fuller does "not" represent Finpac Holdings (Lowery, Lori). (Entered: 06/16/2008) |
| 06/17/2008 | ●145 | Hearing Set (RE: related document(s)142 Motion to Dismiss/Withdraw Document filed by Defendant Harvey Milam) Preliminary Hearing set for 7/21/2008 at 10:00 AM at Courtroom - Gulfport. (Snow, Christy) (Entered: 06/17/2008) |
| 06/17/2008 | ●146 | Hearing Set (RE: related document(s)143 Motion to Dismiss/Withdraw Document filed by Defendant Gymnogyps Management, Inc.) Hearing to be held on 7/21/2008 at 10:00 AM Courtroom - Gulfport for 143, (Snow, Christy) (Entered: 06/17/2008) |
| 06/17/2008 | ●147 | Document *Letter Request for Re-Issued Summons* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)124 Summons Issued,, ). (Babich, Laurie) (Entered: 06/17/2008) |
| 06/18/2008 | ●148 | Summons Re-Issued on Byron Tyghe Williams Date Issued 6/18/2008, Answer Due 7/18/2008 (Snow, Christy) (Entered: 06/18/2008) |
| 06/18/2008 | ●149 | Minute Entry - Hearing Held: 06/18/08. (RE: related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) (Diaz, Janice) Matter is Taken Under Advisement (Entered: 06/19/2008) |
| 06/18/2008 | ●150 | Minute Entry - Hearing Held: 06/18/08. (RE: related document(s)137 Motion to Dismiss/Withdraw Document filed by Defendant Condor Guaranty, Inc) (Diaz, Janice)Matter taken under advisement (Entered: 06/19/2008) |
| 06/19/2008 | ●151 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)145 Hearing (Adv Other) Set) Service Date 06/19/2008. (Admin.) (Entered: 06/20/2008) |
| 06/19/2008 | ●152 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)146 Hearing (Bk Other) Set) Service Date 06/19/2008. (Admin.) (Entered: 06/20/2008) |
| 06/30/2008 | ●153 | Returned Mail on Intercontinental Development & Investment Corp (Defendant) at c/o Laughlin Associates Inc 2533 North Carson St Carson City NV 89706-0242 (stamped return to sender, no reason |

| | | |
|---|---|---|
| | | marked) (RE: related document(s)145 Hearing (Adv Other) Set, 146 Hearing (Bk Other) Set) (Lowery, Lori) (Entered: 06/30/2008) |
| 07/02/2008 | ●154 | Order Holding in Abeyance Application to Dismiss/Withdraw Document by Harvey Milam (Related Doc # 142), Holding in Abeyance Application to Dismiss/Withdraw Document by Gymnogyps Management Inc (Related Doc # 143) (Lowery, Lori) (Entered: 07/02/2008) |
| 07/02/2008 | | Judge's Deadlines Updated (RE: related document(s)142 Motion to Dismiss/Withdraw Document filed by Defendant Harvey Milam, 137 Motion to Dismiss/Withdraw Document filed by Defendant Condor Guaranty, Inc, 143 Motion to Dismiss/Withdraw Document filed by Defendant Gymnogyps Management, Inc., 25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) Matter Under Advisement Due by 8/18/2008. (Lowery, Lori) (Entered: 07/02/2008) |
| 07/07/2008 | | Deadlines terminated. 141 (Lowery, Lori) (Entered: 07/07/2008) |
| 07/08/2008 | ●155 | Order Striking Answer as to Finpac Holdings Inc (RE: related document(s)139 Answer to Complaint filed by Defendant Ross N. Fuller, Defendant Finpac Holdings, Inc.). (Lowery, Lori) (Entered: 07/08/2008) |
| 07/08/2008 | | Copy of Order Striking Answer sent to Ross Fuller 3200 West End Ave Ste 500 Nashville TN 37203 and Finpac Holding Inc c/o Thomas Burton Jr 50 W Liberty St Ste 700 Reno NV 89501 via USPS (Lowery, Lori) (Entered: 07/08/2008) |
| 07/14/2008 | ●156 | Summons Service Executed on Byron Tyghe Williams 6/22/2008 (Babich, Laurie) (Entered: 07/14/2008) |
| 07/17/2008 | ●157 | Judicial Opinion (Re Document #25 Motion to Dismiss) . (Lowery, Lori) (Entered: 07/17/2008) |
| 07/17/2008 | ●158 | Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 25) (Lowery, Lori) (Entered: 07/17/2008) |
| 07/19/2008 | ●159 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)157 Opinion) Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| 07/19/2008 | ●160 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)158 Order on Motion to Dismiss Adversary Proceeding) Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| | | |

| | | |
|---|---|---|
| 07/24/2008 | ●161 | Order Addressing Additional Motions to Dismiss and Pleadings (RE: related document(s)157 Opinion). (Lowery, Lori) (Entered: 07/24/2008) |
| 07/24/2008 | ●162 | Final Judgment Dismissing Adversary Proceeding. (Lowery, Lori) (Entered: 07/24/2008) |
| 07/25/2008 | ●163 | Notice of Appeal . Fee Amount $255 Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)161 Order (Generic), 158 Order on Motion to Dismiss Adversary Proceeding, 162 Judgment). Appellant Designation due by 8/4/2008. (Wiser, Nicholas) (Entered: 07/25/2008) |
| 07/25/2008 | | Receipt of Notice of Appeal(07-05049-ERG) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 1843671. Fee amount 255.00. (U.S. Treasury) (Entered: 07/25/2008) |
| 07/25/2008 | ●164 | Statement of Issues on Appeal,*and Designation of Items to be Included in the Record on Appeal* Filed by Plaintiffs Richard Fogerty, William Tacon (RE: related document(s)163 Notice of Appeal, ). (Wiser, Nicholas) (Entered: 07/25/2008) |
| 07/25/2008 | | Per Kim at Mr Wiser's office, she has requested transcript from court reporter for appeal, she will forward along with other designated items when it is received (Lowery, Lori) (Entered: 07/25/2008) |
| 07/26/2008 | ●165 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)161 Order (Generic)) Service Date 07/26/2008. (Admin.) (Entered: 07/27/2008) |
| 07/26/2008 | ●166 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)162 Judgment) Service Date 07/26/2008. (Admin.) (Entered: 07/27/2008) |
| 08/04/2008 | ●167 | Statement of Issues on Appeal,*to be Decided and Designation of Additional Items to be Included in the Record on Appeal* Filed by Defendant Condor Guaranty, Inc (RE: related document(s)163 Notice of Appeal, ). (Barber, Jeffrey) (Entered: 08/04/2008) |
| 08/28/2008 | ●168 | Transcript of Hearing Held 6/18/08 (RE: related document(s)125 Notice of Hearing and Hearing Requirements, 25 Motion to Dismiss Adversary Proceeding filed by Defendant Condor Guaranty, Inc) No image available Original transcript stored in Exhibit Room (Lowery, Lori) (Entered: 08/28/2008) |

A TRUE COPY I HEREBY CERTIFY, THIS
THE 23ʳᵈ DAY OF September, 2008
DANNY L. MILLER, CLERK
US BANKRUPTCY COURT
BY: _____, D.C.

# U.S. Bankruptcy Court
## Southern District of Mississippi (Gulfport Divisional Office)
## Bankruptcy Petition #: 07-51045-ERG
### Internal Use Only

*Assigned to:* Edward Gaines

Chapter 15

Voluntary

Asset

*Date Filed:* 07/26/2007

| | |
|---|---|
| *Debtor* | represented by **David W. Parham** |
| **Condor Insurance Limited (In Official Liquidation)** | Baker & McKenzie LLP |
| c/o Richard Fogerty and William Tacon | 2001 Ross Avenue |
| Joint Official Liquidators Kroll(Cayman) | Suite 2300 |
| P.O. Box 1102 Bermuda House | Dallas, TX 75201 |
| 4th Fl Cayman Financial Centre | 214-978-3000 |
| Grand Cayman KY1-1102 | Fax : 214-978-3099 |
| Cayman Islands, BWI | Email: |
| | david.w.parham@bakernet.com |

**Laurie D. Babich**
Baker & McKenzie LLP
2001 Ross Avenue Ste 2300
Dallas, TX 75201
214-978-3000
Fax : 214-978-3099
Email:
laurie.d.babich@bakernet.com

**Nicholas Van Wiser**
P O Box 1939
Biloxi, MS 39533
(228) 432-8123
Fax : (228)432-7029
Email: nwiser@byrdwiser.com

*Foreign Representative*
**Richard Fogerty**
Kroll (Cayman) Limited
P.O. Box 1102
Bermuda House, 4th Floor
Cayman Financial Centre
Grand Cayman
Cayman Islands, BWI

represented by **David W. Parham**
(See above for address)

**Laurie D. Babich**
(See above for address)

**Nicholas Van Wiser**
(See above for address)

**R. Adam Swick**
Baker & McKenzie LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, TX 75201

214-978-3000
Email:
adam.swick@bakernet.com

*Foreign Representative*
**William Tacon**
Kroll (BVI) Limited
P.O. Box 4571
Road Town
Tortola
British Virgin Islands

represented by **David W. Parham**
(See above for address)

**Laurie D. Babich**
(See above for address)

**Nicholas Van Wiser**
(See above for address)

**R. Adam Swick**
(See above for address)

*U.S. Trustee*
**R. Michael Bolen**
100 W. Capitol St.
Suite 706
Jackson, MS 39269
(601) 965-5241

| Filing Date | # | Docket Text |
|---|---|---|
| 07/26/2007 | ●1 | Chapter 15 Petition for Recognition of Foreign Proceeding. Receipt Number O, Fee Amount $1039 Filed by Condor Insurance Limited (In Official Liquidation) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●2 | Verified Petition for Recognition of Foreign Main Proceeding and Related Relief Filed by Debtor Condor Insurance Limited (In Official Liquidation) . (Attachments: # 1 Exhibit A B C) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●3 | Application For Order **(I)** Specifying Form and Manner of Service of Notice of Filing of Petition and Certain Pleadings Pursuant to Chapter 15 of Bankruptcy Code Seeking Recognition of a Foreign Main Proceeding and Related Relief; **(II)** Scheduling Hearing on Chapter 15 Petition; and **(III)** Setting Deadline for Objections to Recognition Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●4 | Application for Preliminary Injunction Pursuant to 11 USC Sect. 105 (A) and 1519 and Request for Hearing Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●5 | Motion to Appear pro hac vice - Laurie D. Babich to represent debtor |

| | | |
|---|---|---|
| | | Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●6 | Motion to Appear pro hac vice - David W. Parham to represent debtor Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●7 | Affidavit of Richard Edgar Lewis Fogerty Filed by Debtor Condor Insurance Limited (In Official Liquidation) (RE: related document(s) 2 Verified Petition For Recognition of Foreign Main Proceeding and Related Relief). (Derouen, Collette) (Entered: 07/27/2007) |
| 07/26/2007 | ●8 | List of Administrators, Parties, and Entities Pursuant to Interim Bankruptcy Rule 1007(a)(4) Filed by Debtor Condor Insurance Limited (In Official Liquidation) . (Derouen, Collette) (Entered: 07/27/2007) |
| 07/27/2007 | ● | Judge Edward Gaines added to case (Derouen, Collette) (Entered: 07/27/2007) |
| 07/27/2007 | | Richard Fogerty, and William Tacon added to case as Foreign Representatives (Derouen, Collette) (Entered: 07/27/2007) |
| 07/27/2007 | ● | Receipt Number 602018, Fee Amount $1039.00 (RE: related document(s)1 Petition Foreign Proceeding (Chapter 15) filed by Debtor Condor Insurance Limited (In Official Liquidation)) (Derouen, Collette) (Entered: 07/27/2007) |
| 07/27/2007 | ●9 | Order Granting Application Scheduling Hearing, Setting Objection Deadline and Specifying the Form and Manner of Service of Petition for Recognition of Foreign Main Proceeding and Related Relief (Related Doc # 3) attorney to notice hearing by 7/31/07, objections to petition due by noon 8/20/07 Hearing to be held on 8/22/2007 at 01:00 PM Courtroom - Gulfport (Kenney, Lori) (Entered: 07/27/2007) |
| 07/27/2007 | ●10 | Minute Entry - Hearing Held: 07/27/07. (RE: related document(s)4 Motion for Preliminary Injunction, Motion to Set Hearing filed by Debtor Condor Insurance Limited (In Official Liquidation)) Tickle for date: 8/1/2007. (Tiblier, Janice) (Entered: 07/27/2007) |
| 07/27/2007 | ●11 | Minute Entry - Hearing Held: 07/27/07. Tickle for date: 8/22/2007. 3 Application for Order (Tiblier, Janice) (Entered: 07/27/2007) |
| 07/27/2007 | | Lori Kenney spoke with Nick Wiser regarding the delivery of copies of Order Granting Application Scheduling Hearing, Setting Objection Deadline and Specifying the Form and Manner of Service of Petition |

Case 1:08-cv-00639-LG-RHW    Document 1    Filed 09/23/08    Page 50 of 67

| | | |
|---|---|---|
| | | for Recognition of Foreign Main Proceeding and Related Relief <u>3</u> to out of town parties and parties not yet in system to receive e-mail notification. Nick Wiser stated to Lori that he would be responsible to e-mail the signed order to the necessary parties. (Tiblier, Janice) (Entered: 07/27/2007) |
| 07/27/2007 | | Spoke with Michelle at Bailey, Keenlance and Associates and booked reporter for August 1 at 1:00 p.m. and also August 22, 2007 at 1:00. (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>12</u> | Notice *of Filing, Scheduling Order and Deadlines* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>13</u> | Motion to Appear pro hac vice *of R. Adam Swick* Filed by Foreign Representatives Richard Fogerty, William Tacon (Wiser, Nicholas) (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>14</u> | Amended Order On Application (Docket No. 3) Scheduling Hearing, Setting Objection Deadline, and Specifying the Form and Manner of Service of Petition for Recognition of Foreign Main Proceeding and Related Relief (RE: related document(s)<u>9</u> Order on Generic Application, <u>3</u> Generic Application, Motion to Set Hearing filed by Debtor Condor Insurance Limited (In Official Liquidation)). (Snow, Christy) (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>15</u> | Order Granting Motion of Laurie D. Babich To Appear pro hac vice as counsel for Richard Fogerty and William Tacon (Related Doc # <u>5</u>). (Snow, Christy) (Entered: 07/27/2007) |
| 07/27/2007 | | Attorney Laurie D. Babich for Richard Fogerty and William Tacon added to case (Snow, Christy) (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>16</u> | Order Granting Motion of David W. Parham To Appear pro hac vice as counsel for Richard Fogerty and William Tacon (Related Doc # <u>6</u>). (Snow, Christy) (Entered: 07/27/2007) |
| 07/27/2007 | ●<u>17</u> | Notice of Hearing Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)<u>4</u> Application for Preliminary Injunction Pursuant to 11 USC Sect. 105(A) and 1519 and Request for Hearing Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Derouen, Collette)). Hearing to be held on 8/1/2007 at 01:00 PM Courtroom - Gulfport for <u>4</u>, (Wiser, Nicholas) (Entered: 07/27/2007) |
| 07/29/2007 | ●<u>18</u> | BNC Certificate of Mailing - PDF Document. (RE: related document (s)<u>14</u> Amended Order, ) Service Date 07/29/2007. (Admin.) (Entered: |

| | | 07/29/2007) |
|---|---|---|
| 07/29/2007 | ●19 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)15 Order on Motion to Appear pro hac vice) Service Date 07/29/2007. (Admin.) (Entered: 07/29/2007) |
| 07/29/2007 | ●20 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)16 Order on Motion to Appear pro hac vice) Service Date 07/29/2007. (Admin.) (Entered: 07/29/2007) |
| 07/30/2007 | ●21 | Affidavit Re: *and Certificate of Good Standing of R. Adam Swick* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)13 Motion to Appear pro hac vice *of R. Adam Swick*). (Wiser, Nicholas) (Entered: 07/30/2007) |
| 07/31/2007 | ●22 | Order Granting Motion of R. Adam Swick To Appear pro hac vice on behalf of Richard Fogerty and William Tacon. (Related Doc # 13) (Snow, Christy) (Entered: 07/31/2007) |
| 07/31/2007 | | Attorney R. Adam Swick for Richard Fogerty and William Tacon added to case (Snow, Christy) (Entered: 07/31/2007) |
| 07/31/2007 | ●23 | Response to (related document(s): 4 Motion for Preliminary Injunction Motion to Set Hearing filed by Debtor Condor Insurance Limited (In Official Liquidation)) Filed by Creditor ProMed Casualty Insurance Company,Ltd. and ProMed Reinsurance Limited (Wessler, William) (Entered: 07/31/2007) |
| 07/31/2007 | ●24 | Certificate of Service Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)17 Notice of Hearing,, 1 Petition Foreign Proceeding (Chapter 15), 14 Amended Order,, 7 Affidavit, 2 Notice of Foreign Representative's Intent to Commence Case., 8 Chapter 15 List). (Wiser, Nicholas) (Entered: 07/31/2007) |
| 08/01/2007 | | Called Mr. Wiser's office told Kim to file amended cos (#24) to reflect correct signature of filing attorney and to let Mr. Wiser know that he can not file a pleading under his login with another attorney's electronic signature (Kenney, Lori) (Entered: 08/01/2007) |
| 08/01/2007 | ●25 | Amended Certificate of Service Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)24 Certificate of Service, ). (Wiser, Nicholas) (Entered: 08/01/2007) |
| 08/01/2007 | ●26 | Minute Entry - Hearing Held: 8/1/07. (RE: related document(s)4 Motion for Preliminary Injunction, Motion to Set Hearing filed by Debtor Condor Insurance Limited (In Official Liquidation)) |

| | | application granted (Kenney, Lori) (Entered: 08/01/2007) |
|---|---|---|
| 08/01/2007 | 27 | Proposed order on application for prelimary injunction submitted with no signatures, Kim to re-submit (Kenney, Lori) (Entered: 08/01/2007) |
| 08/02/2007 | 28 | Order Granting Motion For Preliminary Injunction filed by Richard Fogerty and William Tacon (Related Doc # 4) (Snow, Christy) (Entered: 08/02/2007) |
| 08/02/2007 | 29 | Certificate of Service Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)28 Order on Motion For Preliminary Injunction). (Wiser, Nicholas) (Entered: 08/02/2007) |
| 08/02/2007 | 30 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)22 Order on Motion to Appear pro hac vice) Service Date 08/02/2007. (Admin.) (Entered: 08/03/2007) |
| 08/04/2007 | 31 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)28 Order on Motion For Preliminary Injunction) Service Date 08/04/2007. (Admin.) (Entered: 08/05/2007) |
| 08/06/2007 | | Deadlines terminated. (cos on hearing of 8/22/07 filed) (Kenney, Lori) (Entered: 08/06/2007) |
| 08/10/2007 | 32 | Notice of Appearance and Request for Notice by Jeffrey Ryan Barber Filed by Creditor Harvey & Joycelynn Milam. (Barber, Jeffrey) (Entered: 08/10/2007) |
| 08/13/2007 | | Flags Removed (NtcApr) (Kenney, Lori) (Entered: 08/13/2007) |
| 08/13/2007 | 33 | Summons Issued on Harvey & Joycelynn Milam Date Issued 8/13/2007, Answer Due 8/20/2007; ProMed Casualty Insurance Company ,Ltd. and ProMed Reinsurance Limited Date Issued 8/13/2007, Answer Due 8/20/2007 (Kenney, Lori) (Entered: 08/13/2007) |
| 08/16/2007 | 34 | Certificate of Service *of Summons in an Ancillary Proceeding (DK 33)* Filed by Foreign Representative Richard Fogerty (RE: related document(s)33 Summons Issued). (Wiser, Nicholas) (Entered: 08/16/2007) |
| 08/21/2007 | 35 | Order Granting Recognition of Foreign Main Proceeding and Related Relief. (Kenney, Lori) (Entered: 08/21/2007) |
| 08/21/2007 | | Deadlines terminated. (Kenney, Lori) (Entered: 08/21/2007) |
| | | |

| 08/23/2007 | ●36 | Certificate of Service Filed by Foreign Representative Richard Fogerty (RE: related document(s)35 Order (Generic)). (Wiser, Nicholas) (Entered: 08/23/2007) |
|---|---|---|
| 08/23/2007 | ●37 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)35 Order (Generic)) Service Date 08/23/2007. (Admin.) (Entered: 08/24/2007) |
| 08/28/2007 | ●38 | Returned Mail on Joycelyn Milam at 3033 Magnolia Lane Ocean Springs MS 39564-9760 (Vacant) (RE: related document(s)28 Order on Motion For Preliminary Injunction) (Kenney, Lori) (Entered: 08/29/2007) |
| 08/30/2007 | ●39 | Motion *Relief Pursuant to 11 U.S.C. 105 and 1521(a)(7) For Application of 11 U.S.C. 108* Filed by Foreign Representatives Richard Fogerty, William Tacon (Wiser, Nicholas) (Entered: 08/30/2007) |
| 09/05/2007 | ●40 | Hearing Set (RE: related document(s)39 Motion for Relief Pursuant to 11 U.S.C. Sec 1521 (a)(7) for the Application of 11 U.S.C. 108 filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Hearing to be held on 10/4/2007 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) (Entered: 09/05/2007) |
| 09/06/2007 | 41 | Three proposed order submitted at initial filing-new orders were submitted and entered with changes - order disposed of in Aesop (Attachments: # 1 proposed order recognizing ch 15# 2 proposed order re hearing) (Kenney, Lori) (Entered: 09/06/2007) |
| 09/07/2007 | ●42 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)40 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 09/07/2007. (Admin.) (Entered: 09/08/2007) |
| 10/03/2007 | ●43 | Minute Entry - Hearing Scheduled: 10/04/07. An (RE: related document(s)39 Motion for Relief Pursuant to 11 U.S.C. Section 1521 (a)(7) for the Application of 11 U.S.C. Section 108filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Order due by 11/6/2007. (Tiblier, Janice) (Entered: 10/03/2007) |
| 10/10/2007 | ●44 | Order Granting Motion for Relief Pursuant to 11 USC Sec 1521(a)(7) For the Application of 11 USC sect 108 (Related Doc # 39) (Kenney, Lori) (Entered: 10/10/2007) |
| 10/12/2007 | ●45 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)44 Order on Generic Motion) Service Date 10/12/2007. (Admin.) |

| | | (Entered: 10/13/2007) |
|---|---|---|
| 11/20/2007 | ●46 | Adversary case 07-05049. (14 (Recovery of money/property - other)): Complaint by Laurie D. Babich, Nicholas Van Wiser, Randall Adam Swick, David W. Parham, William Tacon on behalf of Richard Fogerty, William Tacon against Condor Guaranty, Inc, Petroquest Resources, Inc.. Fee Amount $250 (Attachments: # 1 Exhibit A and B# 2 Exhibit C through G) (Wiser, Nicholas) (Entered: 11/20/2007) |
| 11/21/2007 | | Motions terminated #4. (Nix, Kathy) (Entered: 11/21/2007) |
| 12/20/2007 | ●47 | Notice *of Issued Subpoenas* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●48 | Notice *of Issued Subpoena - Joycelyn Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●49 | Notice *of Issued Subpoena - Hope Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●50 | Notice *of Issued Subpoena - Albert Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●51 | Notice *of Issued Subpoena - Brad Cates* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●52 | Notice *of Issued Subpoena - Atlantic American Holding* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●53 | Notice *of Discovery Issued - Petroquest* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●54 | Notice *of Discovery Issued - Condor Guaranty, Inc.* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●55 | Notice *of Issued Subpoenas - Various Districts* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●56 | Notice *of Issued Subpoena to Milam and Murray Inc.* Filed by |

| | | |
|---|---|---|
| | | Foreign Representatives Richard Fogerty, William Tacon. (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●57 | Certificate of Service of Subpoena - *United Bank, 414 Market* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●58 | Certificate of Service of Subpoena - *United Bank, 514 Market* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●59 | Certificate of Service of Subpoena - *Adams Oil* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●60 | Certificate of Service of Subpoena - *Atlantic American Holding* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)52 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/20/2007 | ●61 | Certificate of Service of Subpoena - *Hope Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)49 Notice). (Wiser, Nicholas) (Entered: 12/20/2007) |
| 12/21/2007 | ●62 | Motion to Quash Subpoena Filed by Interested Party Ross Fuller (Re Document #55) cross referenced to adversary 07-05049 ERG (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | 63 | Corporation Information of Stockton Fuller and Co re Dk #62 (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | ●64 | Clerk's Notice - **Action Required**. to Ross Fuller must obtain counsel or motion may be dismissed (RE: related document(s)62 Motion to Quash filed by Interested Party Ross Fuller) Tickle for date: 1/2/2008. (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | | cc Deficiency Notice #64 served upon Mr. Fuller via US mail left voice mail at telephone number on pleading (Kenney, Lori) (Entered: 12/21/2007) |
| 12/21/2007 | ●65 | Motion to Quash *Motion to (1) Hold Chapter 15 Proceeding in Abeyance; (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* Filed by Debtor Condor Insurance Limited (In Official Liquidation) (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 |

| | | Exhibit 7# 8 Exhibit 8) (Barber, Jeffrey) Modified on 9/23/2008 to remove Condor Insurance Limited (In Official Liquidation) as the filer and added Harvey & Joycelyn Milam and Condor Guaranty, Inc. as filers (Nix, Kathy). (Entered: 12/21/2007) |
|---|---|---|
| 12/21/2007 | 66 | Joinder *Objection to Subpoenas and Joinder in Motion to: (1) Hold Chapter 15 Proceeding in Abeyance; (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* Filed by Debtor Condor Insurance Limited (In Official Liquidation) (RE: related document(s)65 Motion to Quash *Motion to (1) Hold Chapter 15 Proceeding in Abeyance; (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order*). (Barber, Jeffrey) Modified on 9/23/2008 to remove Condor Insurance Limited (In official Liquidation) as the filer and add Atlantic American Holding Company, Ltd., Gymnogyps Management, Inc., Hope Milam & Brad Cates as filers (Nix, Kathy). (Entered: 12/21/2007) |
| 12/27/2007 | 67 | Hearing Set (RE: related document(s)65 Motion to Quash, filed by Debtor Condor Insurance Limited (In Official Liquidation), 62 Motion to Quash filed by Interested Party Ross Fuller, 66 Joinder, filed by Debtor Condor Insurance Limited (In Official Liquidation)) Hearing to be held on 1/8/2008 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) (Entered: 12/27/2007) |
| 12/27/2007 | 68 | Copy of hearing notice sent via USPS to Russ Fuller (RE: related document(s)67 Hearing (Bk Other) Set, Hearing (Bk Other) Set) (Tiblier, Janice) (Entered: 12/27/2007) |
| 12/28/2007 | 69 | Corrected Hearing Set (to include adversary docket entry numbers) (RE: related document(s)65 Motion to Quash, filed by Debtor Condor Insurance Limited (In Official Liquidation), 62 Motion to Quash filed by Interested Party Ross Fuller, 66 Joinder, filed by Debtor Condor Insurance Limited (In Official Liquidation)) Hearing to be held on 1/8/2008 at 10:00 AM Courtroom - Gulfport (Tiblier, Janice) (Entered: 12/28/2007) |
| 12/29/2007 | 70 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)67 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 12/29/2007. (Admin.) (Entered: 12/29/2007) |
| 12/29/2007 | 117 | Motion to Quash Subpoena Duces Tecum Filed by Interested Party Unified Investments, L.L.C. (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 12/29/2007 | 118 | Objection to Subpoena Duces Tecum (related document(s): 47 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Filed by Interested Party Unified |

| | | |
|---|---|---|
| | | Investments, L.L.C. (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 12/30/2007 | 71 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)69 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 12/30/2007. (Admin.) (Entered: 12/30/2007) |
| 12/31/2007 | 72 | Response to (related document(s): 62 Motion to Quash filed by Interested Party Ross Fuller) Filed by Foreign Representatives Richard Fogerty, William Tacon (Babich, Laurie) (Entered: 12/31/2007) |
| 01/02/2008 | 73 | Motion to Clarify Filed by Interested Party Ross Fuller (Re Document #62 Motion to Quash) (Kenney, Lori) (Entered: 01/02/2008) |
| 01/02/2008 | 74 | Proof of Service *of Subpoena to Brad Cates* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)51 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 75 | Proof of Service *Subpoena - Albert Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)50 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 76 | Proof of Service *Subpoena -Joycelyn Milam* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)48 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 77 | Proof of Service *-Subpoena - Milam and Murray* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)56 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 78 | Proof of Service *-Subpoena - Ross Fuller* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 79 | Proof of Service *-Subpoena-Stockton Fuller* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 80 | Proof of Service *-Subpoena-Tyghe Williams* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)55 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
| 01/02/2008 | 81 | Certificate of Service of Subpoena - *Unified Investments, LLC* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)47 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |

| 01/02/2008 | ●82 | Certificate of Service of Subpoena -*Thomas Cherry* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)47 Notice). (Wiser, Nicholas) (Entered: 01/02/2008) |
|---|---|---|
| 01/02/2008 | ●83 | Response to (related document(s): 66 Joinder, filed by Debtor Condor Insurance Limited (In Official Liquidation), 65 Motion to Quash *Motion to (1) Hold Chapter 15 Proceeding in Abeyance; (2) Quash Subpoenas and Enter Protective Orders; and (3) Grant Relief from Recognition Order* filed by Debtor Condor Insurance Limited (In Official Liquidation)) Filed by Foreign Representatives Richard Fogerty, William Tacon (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1 of 2# 3 Exhibit B Part 2 of 2# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit i Part 1 of 2# 11 Exhibit i Part 2 of 2# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L Part 1 of 2# 15 Exhibit L Part 2 of 2# 16 Exhibit M) (Babich, Laurie) (Entered: 01/02/2008) |
| 01/02/2008 | ●121 | Clerk's Notice - **Action Required**. (RE: related document(s)118 Objection, filed by Interested Party Unified Investments, L.L.C., 117 Motion to Quash filed by Interested Party Unified Investments, L.L.C.) (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 01/03/2008 | ●84 | Minute Entry - Hearing Scheduled: 1/8/08. A Scheduling Order is to be filed by Nick Wiser (RE: related document(s)65 Motion to Quash, filed by Debtor Condor Insurance Limited (In Official Liquidation), 66 Joinder, filed by Debtor Condor Insurance Limited (In Official Liquidation), 73 Generic Motion filed by Interested Party Ross Fuller) Order due by 1/10/2008 telephonic conference to be held 1/16/08 at 11:00 am re 62 Motion to Quash filed by Interested Party Ross Fuller, Nick Wiser to set up call. (Kenney, Lori) (Entered: 01/03/2008) |
| 01/04/2008 | 85 | Corporate Webpage of Stockton Fuller and Company (Kenney, Lori) (Entered: 01/04/2008) |
| 01/04/2008 | ●86 | Response to Plaintiff's Response to Motion to Quash (related document(s): 62 Motion to Quash filed by Interested Party Ross Fuller, 72 Response filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Filed by Interested Party Ross Fuller (Kenney, Lori) (Entered: 01/04/2008) |
| 01/04/2008 | ●119 | Motion to Quash Subpoena Duces Tecum Filed by Interested Party Byron Tyghe Williams (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 01/04/2008 | ●120 | Objection to Subpoena Duces Tecum (related document(s): 55 Notice filed by Foreign Representative Richard Fogerty, Foreign |

| | | |
|---|---|---|
| | | Representative William Tacon) Filed by Interested Party Byron Tyghe Williams (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 01/14/2008 | 87 | Proposed scheduling order on discovery and motions to quash submitted with insufficient space for signature. Called. Mr. Wiser's office to re-submit order (Kenney, Lori) (Entered: 01/14/2008) (Kenney, Lori) (Entered: 01/14/2008) |
| 01/14/2008 | 88 | Notice *of Issued Subpoenas for Ross N. Fuller and Stockton Fuller & Company, Inc.* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | 89 | Reply to (related document(s): 62 Motion to Quash filed by Interested Party Ross Fuller) --*SURREPLY* Filed by Foreign Representatives Richard Fogerty, William Tacon (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1 of 6# 3 Exhibit B Part 2 of 6# 4 Exhibit B Part 3 of 6# 5 Exhibit B Part 4 of 6# 6 Exhibit B Part 5 of 6# 7 Exhibit B Part 6 of 6# 8 Exhibit C-G) (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | 90 | Certificate of Service *regarding Notice of Issued Subpoenas for Ross N. Fuller and Stockton Fuller & Company, Inc.* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)88 Generic Notice). (Babich, Laurie) (Entered: 01/14/2008) |
| 01/14/2008 | 91 | Scheduling Order Re Discovery objection/motion to quash subpoenas due 1/22/08, Liquidator's responses 2/1/08, parties to contact court by 2/8/08 (RE: related document(s)66 Joinder, filed by Debtor Condor Insurance Limited (In Official Liquidation), 62 Motion to Quash filed by Interested Party Ross Fuller, 83 Response, , , filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 65 Motion to Quash, filed by Debtor Condor Insurance Limited (In Official Liquidation)). Mr. Wiser to serve copies of order on parties (cross referenced to adversary 07-05049 ERG) (Kenney, Lori) (Entered: 01/14/2008) |
| 01/14/2008 | 92 | Certificate of Service Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)91 Scheduling Order,, ). (Babich, Laurie) (Entered: 01/14/2008) |
| 01/16/2008 | 93 | Minute Entry - Hearing Held: 1/16/08. An Order Denying Motion is to be filed by Condor Insurance Limited (In Official Liquidation) (RE: related document(s)62 Motion to Quash filed by Interested Party Ross Fuller) (Kenney, Lori) (Entered: 01/16/2008) |
| 01/16/2008 | 94 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)91 Scheduling Order, , ) Service Date 01/16/2008. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 01/17/2008) |
| 01/17/2008 | ●95 | Order Denying Motion To Quash Subpoena as to Ross Fuller and Approving Withdrawal of Subpoena as to Stockton Fuller cc to Ross Fuller via US Mail(Related Doc # 62) (Kenney, Lori) (Entered: 01/17/2008) |
| 01/17/2008 | | Order denying motion to quash cross referenced to adversary 07-05049 (Kenney, Lori) (Entered: 01/17/2008) |
| 01/17/2008 | ●96 | Notice of Appearance and Request for Notice by Alan Lee Smith Filed by Interested Party Milam and Murray, Inc.. (Smith, Alan) (Entered: 01/17/2008) |
| 01/18/2008 | | Flags Removed (NtcApr) (Kenney, Lori) (Entered: 01/18/2008) |
| 01/18/2008 | ●97 | Proof of Service --*Subpoena for Gymnogyps* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●98 | Proof of Service --*Subpoena for Unified Investments LLC* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●99 | Proof of Service --*Subpoena for Wilson, Elsner, Moskowitz, Edelman & Dicker LLP* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●100 | Proof of Service --*Subpoena for Wells Fargo* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●101 | Proof of Service --*Reissued Subpoena for Ross N. Fuller* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●102 | Proof of Service --*Reissued Subpoena for Stockton Fuller & Company, Inc.* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 01/18/2008) |
| 01/18/2008 | ●103 | Supplemental Certificate of Service Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)91 Scheduling Order,, ). (Babich, Laurie) (Entered: 01/18/2008) |
| 01/19/2008 | ●104 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)95 Order on Motion To Quash, Order on Generic Motion) Service Date 01/19/2008. (Admin.) (Entered: 01/20/2008) |

| | | |
|---|---|---|
| 01/22/2008 | ●105 | Response to *Subpoenas, Limited Objection to Subpoenas, Motion for Protective Order, and Memorandum in Support Thereof* Filed by Creditor Hope Milam (Attachments: # 1 Main Document # 2 Exhibit Exhibit 1 part 2# 3 Exhibit Exhibit 1 part 3) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed Harvey & Joycelynn Milam (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●106 | Response to *Subpoenas, Limited Objection to Subpoenas, and Memorandum in Support Thereof* Filed by Creditor Atlantic American Holding Compay, Ltd. (Attachments: # 1 Exhibit Exhibit 1) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed Harvey & Joycelynn Milam (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●107 | Response to *Subpoenas, Limited Objection to Subpoenas, Motion for Protective Order, and Memorandum in Support Thereof* Filed by Creditor Joycelynn Milam (Attachments: # 1 Exhibit Exhibit 1 part 1# 2 Exhibit Exhibit 1 part 2# 3 Exhibit Exhibit 1 part 3) (Barber, Jeffrey) Modified on 1/23/2008 corrected filing party; removed Harvey Milam (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●108 | Motion to Quash , *Motion for Protective Order, and Memorandum in Support Thereof* Filed by Creditor Harvey Milam (Attachments: # 1 Exhibit Exhibit 1) (Barber, Jeffrey) Modified on 1/23/2008 removed Joycelyn from docket text not chosen as a filer (Nix, Kathy). (Entered: 01/22/2008) |
| 01/22/2008 | ●109 | Motion to Quash Filed by Interested Party Milam and Murray, Inc. (Attachments: # 1 Exhibit) (Smith, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | ●110 | Motion to Quash Filed by Interested Party Albert J. Milam (Attachments: # 1 Exhibit) (Smith, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | ●111 | Motion to Quash ,*Motion for Protective Order, Motion for Sanctions and Memorandum in Support Thereof* Filed by Defendant Condor Guaranty, Inc (Attachments: # 1 Exhibit Exhibit A part 1# 2 Exhibit Exhibit A part 2# 3 Exhibit Exhibit A Part 3# 4 Exhibit Exhibit B# 5 Exhibit Exhibit C Part 1# 6 Exhibit Exhibit C Part 2# 7 Exhibit Exhibit C 3# 8 Exhibit Exhibit D Part 1# 9 Exhibit Exhibit D Part 2# 10 Exhibit Exhibit D Part 3# 11 Exhibit Exhibit E Part 1# 12 Exhibit Exhibit Part 2# 13 Exhibit Exhibit E Part 3# 14 Exhibit Exhibit F# 15 Exhibit Exhibit G Part 1# 16 Exhibit Exhibit G Part 2# 17 Exhibit Exhibit G Part 3# 18 Exhibit Exhibit H# 19 Exhibit Exhibit I# 20 Exhibit Exhibit J# 21 Exhibit Exhibit K# 22 Exhibit Exhibit L# 23 Exhibit Exhibit M# 24 Exhibit Exhibit N# 25 Exhibit Exhibit O# 26 Exhibit Exhibit P Part 1# 27 Exhibit Exhibit P Part 2# 28 Exhibit Exhibit Q) (Barber, Jeffrey) (Entered: 01/22/2008) |
| | | |

| | | |
|---|---|---|
| 01/22/2008 | ●112 | Motion to Quash *Subpoenas, Motion for Protective Order, Request for Sanctions and Memorandum in Support Thereof* Filed by Defendant Gymnogyps Management, Inc. (Attachments: # 1 Exhibit Exhibit 1) (Barber, Jeffrey) (Entered: 01/22/2008) |
| 01/22/2008 | ●113 | Motion to Quash *Subpoenas, Motion for Protective Order, Request for Sanctions and Memorandum in Support Thereof* Filed by Witness Brad Cates (Attachments: # 1 Exhibit Exhibit 1 Part 1# 2 Exhibit Exhibit 1 Part 2# 3 Exhibit Exhibit 1 Part 3# 4 Exhibit Exhibit 2# 5 Exhibit Exhibit 3) (Barber, Jeffrey) (Entered: 01/22/2008) |
| 01/22/2008 | ●114 | **CORRECTION TO PDF ATTACHMENT--SEE ENTRY 115--** Motion to Quash *Subpoena Duces Tecum and for Protective Order* Filed by Respondent Adams Oil and Gas, LLC (Attachments: # 1 Exhibit) (Smith, Les) Modified on 1/23/2008 pdf signed by M. McDermott but filed by L. Smith (Nix, Kathy). (Entered: 01/22/2008) |
| 01/23/2008 | | Spoke to Les Smith and Barbara at Mr. McDermott's office and told them both that they can not file a pleading with a different attorney's signature, they must re-file the motion to quash dk #114 under the correct login (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | ●115 | Motion to Quash *Subpoenas Duces Tecum and for Protective Order* Filed by Respondent Adams Oil and Gas, LLC (Attachments: # 1 Exhibit) (Smith, Les) (Entered: 01/23/2008) |
| 01/23/2008 | | Atlantic American Holding Company, Ltd. rep by , Jeffrey Ryan Barber added to case (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | | Hope Milam rep by , Jeffrey Ryan Barber added to case (Kenney, Lori) (Entered: 01/23/2008) |
| 01/23/2008 | ●116 | Exhibit *1 Part 1 (previously omitted)* RE: 105 Filed by Interested Party Hope Milam. (Attachments: # 1 Exhibit 1 Part 1) (Barber, Jeffrey) Modified on 1/23/2008 Create relationship to document #105 (Nix, Kathy). (Entered: 01/23/2008) |
| 01/28/2008 | | Updated address of creditor Joycelyn Milam per proof of service of subpoena (Kenney, Lori) (Entered: 01/28/2008) |
| 01/28/2008 | ●122 | Clerk's Notice - **Action Required**. (RE: related document(s)120 Objection, filed by Interested Party Byron Tyghe Williams, 119 Motion to Quash filed by Interested Party Byron Tyghe Williams) Tickle for date: 2/7/2008. (cross referenced from adversary 07-05049 ERG for clarification) (Kenney, Lori) (Entered: 01/28/2008) |
| 02/04/2008 | 123 | Proposed agreed scheduling order missing signature, Kim from Nick |

| | | |
|---|---|---|
| | | Wiser's office to resubmit with all signatures (Kenney, Lori) (Entered: 02/04/2008) |
| 02/07/2008 | 🔵124 | Agreed Amended Scheduling Order Relating to Discovery (RE: related document(s)56 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 52 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 51 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 49 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 47 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 48 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 50 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 55 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon). Response to Motions to Quash due by 2/15/2008. Parties to Contact Court by: 2/22/2008. (Kenney, Lori) (Entered: 02/07/2008) |
| 02/08/2008 | | Deadlines terminated. 122 (Kenney, Lori) (Entered: 02/08/2008) |
| 02/08/2008 | 🔵125 | Order Dismissing Motion To Quash by Tyghe Williams (Related Doc # 119) (Kenney, Lori) (Entered: 02/08/2008) |
| 02/08/2008 | 🔵126 | Order Striking Objection to Subpoena Duces Tecum by Tyghe Williams (RE: related document(s)120 Objection, filed by Interested Party Byron Tyghe Williams). (Kenney, Lori) (Entered: 02/08/2008) |
| 02/08/2008 | | Dk #125 and 126 cross referenced from Adversary 07-05049 ERG (Kenney, Lori) (Entered: 02/08/2008) |
| 02/22/2008 | 🔵127 | Response to (related document(s): 115 Motion to Quash *Subpoenas Duces Tecum and for Protective Order* filed by Respondent Adams Oil and Gas, LLC) Filed by Foreign Representatives Richard Fogerty, William Tacon (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K Part 1 of 2# 12 Exhibit K Part 2 of 2) (Babich, Laurie) (Entered: 02/22/2008) |
| 02/25/2008 | 🔵128 | Scheduling Order (RE: related document(s)56 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 52 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 51 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 49 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 47 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William |

| | | |
|---|---|---|
| | | Tacon, 88 Generic Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 48 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 50 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon, 55 Notice filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon). Liquidator's response to motions to quash due by 2/22/2008. Parties to contact court by 2/29/2008. (Kenney, Lori) (Entered: 02/25/2008) |
| 02/27/2008 | ●129 | BNC Certificate of Mailing - PDF Document. (RE: related document (s)128 Scheduling Order, , , , ) Service Date 02/27/2008. (Admin.) (Entered: 02/28/2008) |
| 02/29/2008 | ●130 | Minute Entry - (RE: related document(s)115 Motion to Quash filed by Respondent Adams Oil and Gas, LLC) Per scheduling order parties to contact court by 2/29/08 to advise if hearing is needed - Laurie Babich and Les Smith contact court via telephone- parties agree this motion should be set for preliminary hearing. (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | ●131 | Minute Entry - Motions settled, An Agreed Order to be submitted by Laurie Babich (RE: related document(s)65 Motion to Quash, filed by Debtor Condor Insurance Limited (In Official Liquidation), 109 Motion to Quash filed by Interested Party Milam and Murray, Inc., 108 Motion to Quash, filed by Creditor Harvey Milam, 111 Motion to Quash, , , filed by Interested Party Condor Guaranty, Inc, 112 Motion to Quash filed by Interested Party Gymnogyps Management, Inc., 113 Motion to Quash, filed by Witness Brad Cates, 110 Motion to Quash filed by Interested Party Albert J. Milam 128 Scheduling Order on Notice of Issued Subpoenas) Order due by 3/7/2008. (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | | Minutes entries of 2/29/08 re motions to quash cross referenced to Adversary 07-05049 ERG (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | | Email sent to courtroom deputy to set #115 (Kenney, Lori) (Entered: 02/29/2008) |
| 02/29/2008 | | Motions terminated. 114 and 117 (Kenney, Lori) (Entered: 02/29/2008) |
| 03/04/2008 | ●132 | Hearing Set (RE: related document(s)115 Motion to Quash filed by Respondent Adams Oil and Gas, LLC, 127 Response, filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Hearing to be held on 4/3/2008 at 10:00 AM Courtroom - Gulfport (Diaz, Janice) (Entered: 03/04/2008) |
| | | |

| 03/06/2008 | ◯133 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)132 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 03/06/2008. (Admin.) (Entered: 03/07/2008) |
|---|---|---|
| 03/10/2008 | ◯134 | Order Resolving in Part Certain Discovery Issues re Motions To Quash and Related Subpoenas (Related Doc # 65),(Related Doc # 108),(Related Doc # 109),(Related Doc # 110), (Related Doc # 111), (Related Doc # 112),(Related Doc # 113)(Kenney, Lori) (Entered: 03/10/2008) |
| 03/10/2008 | | Document #134 cross referenced to Adversary Proceeding 07-05049 ERG (Kenney, Lori) (Entered: 03/10/2008) |
| 03/24/2008 | ◯135 | Motion to Withdraw as Attorney Filed by Respondent Adams Oil and Gas, LLC (Smith, Les) (Entered: 03/24/2008) |
| 03/26/2008 | ◯136 | Reply Reply to *the Foreign Representatives' Response to Adams Oil and Gas, LLC's Motion to Quash Subpoenas Duces Tecum and for Protective Order and Memorandum of Law in Support [Bankr. Docket No. 127 and Adv. Proc. Docket No. 94]* Filed by Creditor Harvey Milam (Barber, Jeffrey) (Entered: 03/26/2008) |
| 04/03/2008 | ◯137 | Minute Entry - Hearing Held: 4/3/08 to be reset for 5/14/08. (RE: related document(s)115 Motion to Quash filed by Respondent Adams Oil and Gas, LLC) (Kenney, Lori) (Entered: 04/03/2008) |
| 04/03/2008 | ◯138 | Order Granting Motion of Les W. Smith and the law firm of Page, Mannino, Peresich & McDermott, PLLC To Withdraw As Attorney for Adams Oil & Gas, LLC (Related Doc # 135) (Snow, Christy) (Entered: 04/03/2008) |
| 04/03/2008 | ◯139 | Clerk's Notice - **Action Required** to Adams Oil & Gas, LLC to obtain legal counsel (RE: related document(s)138 Order on Motion to Withdraw as Attorney) Tickle for date: 5/3/2008. (Snow, Christy) (Entered: 04/03/2008) |
| 04/03/2008 | ◯140 | Hearing Re-Set (RE: related document(s)115 Motion to Quash filed by Respondent Adams Oil and Gas, LLC, 127 Response, filed by Foreign Representative Richard Fogerty, Foreign Representative William Tacon) Hearing to be held on 5/14/2008 at 10:00 AM Courtroom - Gulfport (Diaz, Janice) (Entered: 04/03/2008) |
| 04/03/2008 | ◯141 | Stipulation Resolving Reply to the Foreign Representatives Response to Adams Oil & Gas LLC's Motion to Quash Subpoenas Ducen Tecum and Protective Order and Memorandum of Law in Support (RE: related document(s)136 Reply, filed by Creditor Harvey Milam). (cross referenced to adversary 07-05049 ERG) (Kenney, Lori) |

| | | (Entered: 04/04/2008) |
|---|---|---|
| 04/05/2008 | ●142 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)138 Order on Motion to Withdraw as Attorney) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/05/2008 | ●143 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)139 Notice - Action Required) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 04/05/2008 | ●144 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)140 Hearing (Bk Other) Set, Hearing (Bk Other) Set) Service Date 04/05/2008. (Admin.) (Entered: 04/06/2008) |
| 05/08/2008 | ●145 | Order Dismissing Motion To Quash Subpoenas Duces Tecum and for Protective Order of Adams Oil & Gas LLC cc to Adams via US Mail (Related Doc # 115) (Kenney, Lori) (Entered: 05/08/2008) |
| 05/15/2008 | ●146 | Motion to Compel *Liquidators to Comply With 11 U.S.C. ? 1518* Filed by Interested Party Condor Guaranty, Inc (Barber, Jeffrey) (Entered: 05/15/2008) |
| 05/16/2008 | ●147 | Hearing Set (RE: related document(s)146 Motion to Compel filed by Interested Party Condor Guaranty, Inc) Hearing scheduled 6/10/2008 at 10:00 AM at Courtroom - Gulfport. (Diaz, Janice) (Entered: 05/16/2008) |
| 05/18/2008 | ●148 | BNC Certificate of Mailing - Hearing. (RE: related document(s)147 Hearing (Bk Motion) Set) Service Date 05/18/2008. (Admin.) (Entered: 05/19/2008) |
| 05/22/2008 | ●149 | Response to (related document(s): 146 Motion to Compel *Liquidators to Comply With 11 U.S.C. ? 1518* filed by Interested Party Condor Guaranty, Inc) Filed by Foreign Representatives Richard Fogerty, William Tacon (Attachments: # 1 Service List# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Babich, Laurie) (Entered: 05/22/2008) |
| 05/22/2008 | ●150 | Notice *of Amended Order in the Foreign Main Proceeding* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Attachments: # 1 Service List# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Babich, Laurie) (Entered: 05/22/2008) |
| 06/04/2008 | ●151 | Minute Entry - Hearing Scheduled: 06/10/08. An (RE: related document(s)146 Motion to Compel filed by Interested Party Condor Guaranty, Inc) Agredd Order due by 7/1/2008. (Diaz, Janice) (Entered: 06/04/2008) |

| 06/04/2008 | ◑152 | Agreed Order Mooting Motion To Compel (Related Doc # 146) (Kenney, Lori) (Entered: 06/04/2008) |
| 08/13/2008 | ◑153 | Notice *of Issued Subpoena--T. Alan Owen* Filed by Foreign Representatives Richard Fogerty, William Tacon. (Babich, Laurie) (Entered: 08/13/2008) |
| 08/18/2008 | ◑154 | Certificate of Service of Subpoena --*T. Alan Owen* Filed by Foreign Representatives Richard Fogerty, William Tacon (RE: related document(s)153 Notice). (Babich, Laurie) (Entered: 08/18/2008) |
| 09/12/2008 | ◑155 | Notice *of Issued Subpoena* Filed by Debtor Condor Insurance Limited (In Official Liquidation). (Babich, Laurie) (Entered: 09/12/2008) |

A TRUE COPY I HEREBY CERTIFY, THIS
THE 23rd DAY OF September, 2008
DANNY L. MILLER, CLERK
US BANKRUPTCY COURT
BY: _____, D.C.